IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | |
|---|---|
| IN RE: ) | |
| LARRY FREDERICK AND ) | |
| SHARON FREDERICK ) | Bankruptcy No. 18-70870-JAD |
| ) | |
| ) | Chapter 11 |
| Debtors ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Section 109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, First National Bank of Pennsylvania is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given and served upon:

Donna M. Donaher, Esquire
First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in supports of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Form 26

Respectfully submitted,

Dated: _____, 2019     By:     */s/ Donna M. Donaher*
Donna M. Donaher, Esquire
Pa. I.D. No. 53165
donaherd@fnb-corp.com
First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212
(412) 320-2191

Attorneys for First National Bank of Pennsylvania

Form 26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | |
|---|---|
| IN RE: ) | |
| LARRY FREDERICK AND ) | |
| SHARON FREDERICK ) | Bankruptcy No. 18-70870-JAD |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtors ) | |
| ) | |

### CERTIFICATE OF SERVICE

I certify that on _____, 2019, I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in interest shown below either by first class mail, postage prepaid or by email:

**Debtor**
Larry Frederick
Sharon Frederick
1098 Frederick Road
Martinsburg, PA 16662

**Debtor's Counsel**
Robert Lampl, Esquire
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

**Trustee**
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:                                By:    /s/ Donna M. Donaher
                                       Donna M. Donaher, Esquire, Pa. I.D. No. 53165
                                       100 Federal Street, 4th Floor
                                       Pittsburgh, PA  15212
                                       (412) 320-2191

                                       Attorneys for First National Bank of Pennsylvania

Form 26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | | |
|---|---|---|
| IN RE: | ) | |
| LARRY FREDERICK AND | ) | |
| SHARON FREDERICK | ) | Bankruptcy No. 18-70870-JAD |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors | ) | |
| | ) | |

DECLARATION IN LIEU OF AFFIDAVIT REGARDING
REQUEST TO BE ADDED TO MAILING MATRIX

    I, Donna M. Donaher, am the Attorney for First National Bank, a creditor in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2019.

    *s/ Donna M. Donaher*
    Donna M. Donaher, Esquire, Pa. I.D. No. 53165

    100 Federal Street, 4th Floor
    Pittsburgh, PA  15212
    (412) 320-2191

    Attorneys for First National Bank of Pennsylvania

Form 26