IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 18-70870-JAD |
| | ) | |
| LARRY FREDERICK AND | ) | Chapter 11 |
| SHARON FREDERICK, | ) | |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please enter the appearance of J. Michael Baggett and McCann Garland Ridall & Burke on behalf of Creditor Donald Welk and Stonehurst Farm, Inc. pursuant §1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Fed.R.Bankr.P. 9010(b). Counsel hereby requests, pursuant to Fed.R.Bankr.P. 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following address and telephone number:

J. Michael Baggett, Esquire
McCann Garland Ridall & Burke
11 Stanwix Street, Suite 1030
Pittsburgh, PA  15222
(412) 566-1818 – Telephone
(412) 566-1817 – Facsimile
baggettmj@aol.com
jmbaggett@mgrblaw.com

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

0419

telecopy, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

Dated:  April 3, 2019              McCANN, GARLAND, RIDALL & BURKE


                                   By: /s/ *J. Michael Baggett*
                                       J. MICHAEL BAGGETT, ESQUIRE
                                       Pa. I.D. #30651

                                       Suite 1030
                                       11 Stanwix Street
                                       Pittsburgh, PA  15222
                                       (412) 566-1818 - telephone
                                       (412) 566-1817 - facsimile
                                       BAGGETTMJ@aol.com – email

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Service of Papers was served upon all persons currently receiving electronic notice via this Court's CM/ECF system and upon the following persons via electronic mail, on this 3rd day of April, 2019.

| | |
|---|---|
| Robert O. Lampl, Esquire | Larry E. Wahlquist, Esquire |
| Robert O. Lampl Law Office | on behalf of the U.S. Trustee |
| Benedum Trees Building | 1001 Liberty Avenue |
| 223 Fourth Avenue, 4th Floor | Suite 970 |
| Pittsburgh, PA  15222 | Pittsburgh, PA  15222 |
| E-mail: rol@lampllaw.com | E-mail: larry.e.wahlquist@usdoj.gov |

McCANN, GARLAND, RIDALL & BURKE

By: /s/ *J. Michael Baggett*
    J. MICHAEL BAGGETT, ESQUIRE

0419