## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**LARRY FREDERICK and**
**SHARON FREDERICK,**

        **Joint Debtors.**

**Bankruptcy No. 18-70870-JAD**

**Chapter 11**

**Document No.**

## MONTHLY OPERATING REPORT OF DEBTOR
## FOR THE PERIOD DECEMBER 1, 2019 – DECEMBER 31, 2019

**ROBERT O LAMPL**
**PA I.D. #19809**
**JOHN P. LACHER**
**PA I.D. #62297**
**DAVID L. FUCHS**
**PA I.D. #205694**
**RYAN J. COONEY**
**PA I.D. #319213**
**Counsel for the Debtor**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA  15222**
**(412) 392-0330 (phone)**
**(412) 392-0335 (facsimile)**
**Email:  rlampl@lampllaw.com**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

Larry Frederick and Sharon Frederick                    Case No. 18-70870 JAD

**Reporting Period:** Dec. 1-31. 2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR- 5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Larry R. Frederick_                    1-13-2020
Signature of Debtor                    Date

_Sharon C. Frederick_                    1-13-2020
Signature of Joint Debtor                    Date

_____                    _____
Signature of Preparer                    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Larry Frederick and Sharon Frederick                                                    0

Debtor                                         **Reporting Period:** Dec.1-31-2019

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support  1430.00 | See | |
| Social Security and Pension Income  485.00 | attachment | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | See | |
| Medical Expenses | attachment | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts − Total Disbursements)** | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | | |

FORM MOR-1(INDV)
(9/99)

Larry Frederick and Sharon Frederick

Debtor

Reporting Period: Dec 1-31-2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | see | | | | |
| Income | | | | | | |
| Other: | | attachment | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | M+T | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | M+T | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

**PFA FACCTS**

## ACCOUNT LEDGER
(See Compilation Report)

**Rich-Lou Farms**
**Martinsburg**    PA

Page Number . . . . 4
Prepared . . . . .01/07/2020
Current Month . . .December
Year Ending . . . .12/2019

| Control # | Code | Date | Description | Debits | Credits |
|---|---|---|---|---|---|

**Payroll 943 - Fed FUTA Fm 940**

| | Period Beginning Balance | | 3,085.30 |
|---|---|---|---|
| | Subtotal | .00 | 3,085.30 |
| | Period Ending Balance | | 3,085.30 |
| | | | ================ |

**ayroll - State   UC   943**

| Perez-Juarez, Orlando | Period Beginning Balance | | 22,593.00 |
|---|---|---|---|
| Perez-Juarez, Orlando | 005 | | .00 |
| Frederick, Eric R. | 005 | | .00 |
| Frederick, Eric R. | 011 | | .00 |
| | 011 | | .00 |
| Espinoza, Edelfo V. | 014 | | .00 |
| Espinoza, Edelfo V. | 014 | | .00 |
| Perez-Juarez, Orlando | 005 | | 1.07 |
| Perez-Juarez, Orlando | 005 | | 1.04 |
| Frederick, Eric R. | 011 | | .44 |
| Frederick, Eric R. | 011 | | .44 |
| Espinoza, Edelfo V. | 014 | | .88 |
| Espinoza, Edelfo V. | 014 | | .88 |
| | Subtotal | .00 | 22,597.75 |
| | Period Ending Balance | | 22,597.75 |
| | | | ================ |

**Payroll - State   Taxes 943**

| Perez-Juarez, Orlando | Period Beginning Balance | | 63,249.39 |
|---|---|---|---|
| Perez-Juarez, Orlando | 005 | | 54.68 |
| Frederick, Eric R. | 005 | | 53.38 |
| Frederick, Eric R. | 011 | | 22.26 |
| | 011 | | 22.26 |
| Espinoza, Edelfo V. | 014 | | 45.23 |
| Espinoza, Edelfo V. | 014 | | 45.04 |
| | Subtotal | .00 | 63,492.24 |
| | Period Ending Balance | | 63,492.24 |
| | | | ================ |

**Payroll - Local 1 Taxes 943**

| Perez-Juarez, Orlando | Period Beginning Balance | | 20,753.37 |
|---|---|---|---|
| Perez-Juarez, Orlando | 005 | | 17.81 |
| Frederick, Eric R. | 005 | | 17.39 |
| Frederick, Eric R. | 011 | | 7.25 |
| | 011 | | 7.25 |
| Espinoza, Edelfo V. | 014 | | 14.73 |
| Espinoza, Edelfo V. | 014 | | 14.67 |
| | Subtotal | .00 | 20,832.47 |
| | Period Ending Balance | | 20,832.47 |
| | | | ================ |

**Payroll - Escrow Other W/H**

| | Period Beginning Balance | | 13,440.32 |
|---|---|---|---|
| | Subtotal | .00 | 13,440.32 |
| | Period Ending Balance | | 13,440.32 |
| | | | ================ |

**Other Deductions**

| | Period Beginning Balance | | 870.72 |
|---|---|---|---|
| Perez-Juarez, Orlando | 005 | | 83.69 |
| | Subtotal | .00 | 754.41 |
| | Period Ending Balance | | 754.41 |
| | | | ================ |

Larry Frederick and Sharon Frederick

Debtor

Reporting Period: Dec. 1-31- 2019                    0

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | $\cancel{0}$ |
| Other Taxes | | |
| | | |
| | | |
| | | $\cancel{0}$ |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | $\cancel{0}$ |
| Other Reorganization Expenses | | |
| | | |
| | | $\cancel{0}$ |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Larry Frederick and Sharon Frederick

Debtor                                              0

Reporting Period: Dec 1-31 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FNB account  attachment  included

FORM MOR-5
(9/99)

## Maryland and Virginia Milk Producers Coop. Assn., Inc.

12/18/2019

***38,615     35          ***38,615     35

LARRY FREDERICK
or SHARON FREDERICK
or ERIC FREDERICK
or JENNIFER FREDERICK
T/A RICH-LOU FARM
1098 FREDERICK ROAD
MARTINSBURG PA 16662

**Direct Deposit Advice**

Direct Payment:

LARRY FREDERICK or SHARON FREDERICK or ERIC FREDERICK or JENNIFER FREDERICK                                                                  32679-1

| | | | | Pounds | Rate | Month | Year To Date |
|---|---|---|---|---|---|---|---|
| November 2019 1 - 30 Final | | | | | | | |
| Butterfat Test | 4.16 | | Producer Price Diff | 424,774 | -1.3500 | -5,734.45 | 75,397.26 |
| FO 1  3.5% Uniform Price | 18.60 | | Butterfat | 17,671 | 2.3195 | 40,987.88 | 566,670.34 |
| Your Gross Price at Test | 20.58 | | Protein | 3.1700 | 13,465 | 3.9118 | 52,672.39 | 384,608.86 |
| MdVa 3.5% Blend Price | 18.35 | YTD | Other Solids | 5.6400 | 23,957 | 0.1112 | 2,664.02 | 61,906.74 |
| Pounds Delivered | 424,774 | 5,576,041 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Average Daily Pounds | 14,159 | | Location Adjustment | 424,774 | -0.5000 | -2,123.87 | -27,880.22 |
| | | | Market Premium | 424,774 | 0.6500 | 2,761.03 | 36,244.26 |
| | | | Premiums / Penalties | | | 0.00 | 29,124.73 |
| | | | Market Adjustment | 424,774 | -0.9000 | -3,822.97 | -50,081.51 |

Pounds Delivered:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1st | 28,582 | 11th | 28,355 | 21st | 28,886 | |
| 2nd | 0 | 12th | 0 | 22nd | 0 | |
| 3rd | 28,886 | 13th | 27,318 | 23rd | 29,063 | |
| 4th | 0 | 14th | 0 | 24th | 0 | |
| 5th | 28,431 | 15th | 28,026 | 25th | 29,553 | |
| 6th | 0 | 16th | 0 | 26th | 0 | |
| 7th | 27,874 | 17th | 28,456 | 27th | 27,469 | |
| 8th | 0 | 18th | 0 | 28th | 0 | |
| 9th | 27,242 | 19th | 28,557 | 29th | 28,076 | |
| 10th | 0 | 20th | 0 | 30th | 0 | |
| | | | | 31st | 0 | |

Gross Value                    87,404.03   1,075,990.46

| | | | |
|---|---|---|---|
| Less Advance | | 36,830.62 | 0 |
| Less Hauling | | 5,781.60 | 74,570.30 |
| Less Assignments | | 6,176.48 | 77,929.68 |

| Premiums and Penalties: | Rate/CWT | Total Amt | YTD Amt |
|---|---|---|---|
| Quality Premium/Penalty | 0.0000 | 0.00 | 28,724.73 |
| AQP | | 0.00 | 400.00 |

Net Earnings                    38,615.35   923,490.48

| | | Total Amount | YTD Amt |
|---|---|---|---|
| Total Amount | | 0.00 | 29,124.73 |

| RPTS091MV | Assembly Charges | Destination Charges | Total Amount | Year To Date |
|---|---|---|---|---|
| TRANSPORTATION CHARGES | 777.34 | 5,004.26 | 5,781.60 | 74,570.30 |

| Assignee | Per CWT | Base Amt | Total Amount | Year To Date |
|---|---|---|---|---|
| 00001 NATIONAL DAIRY PROMO & RESEARC | 0.0500 | 212.39 | 212.39 | 2,788.03 |
| 00012 MARKETING EXPENSE | | 767.39 | 767.39 | 8,667.19 |
| 00230 HOMETOWN BANK | | | 0.00 | 8,030.00 |
| 20803 ALLIED MILK PRODUCERS | 0.1000 | 424.77 | 424.77 | 5,576.05 |
| 20849 FARM SERVICE AGENCY | | 4,602.00 | 4,602.00 | 50,622.00 |
| 30303 EQUIPMENT DEDUCTS | | | 0.00 | 16.00 |
| 30615 CWT | 0.0400 | 169.91 | 169.91 | 2,230.41 |
| Total Amount | | | 6,176.48 | 77,929.68 |

| | Actual | Debtors | Eric |
|---|---|---|---|
| Hauling: | 5781.6 | 4047.12 | 1734.48 |
| FSA: | 4602 | 2311 | 2291 |
| Marketing: | 767.39 | 537.173 | 230.217 |
| National Dairy: | 212.39 | 148.673 | 63.717 |
| CWT: | 169.91 | 118.937 | 50.973 |
| Allied: | 424.77 | 297.339 | 127.431 |
| Bedding: | 1260 | 882 | 378 |
| Feed: | 20,154.30 | 14108.01 | 6046.29 |
| Repairs: | 3,781.09 | 2646.763 | 1134.327 |
| Breeding: | 680 | 476 | 204 |
| Seeds & Plants/Fertilizer: | 0 | 0 | 0 |
| Supplies (Livestock): | 0 | 0 | 0 |
| Supplies (General): | 1178.67 | 825.069 | 353.601 |
| Vet & Medicine: | 833.18 | 583.226 | 249.954 |
| Gasoline, Fuel & Oil: | 2140.16 | 1498.112 | 642.048 |
| Repairs (Real Estate): | 0 | 0 | 0 |
| Vehicle (Truck): | 342.1 | 239.47 | 102.63 |
| Office Expenses: | 109.5 | 76.65 | 32.85 |
| Advertising: | 0 | 0 | 0 |
| Manure Hauling Machinery | 0 | 0 | 0 |
| Misc. (Hoof trimming): | 0 | 0 | 0 |
| Employer Payroll Expense: | 0 | 0 | 0 |
| Insurance: | 3080.74 | 2156.518 | 924.222 |
| Utilities (Electric): | 2682.79 | 1877.953 | 804.837 |
| Utilities (telephone): | 217.13 | 151.991 | 65.139 |
| Payroll: Farm Help | 4985.72 | 3490.004 | 1495.716 |
| Payroll: Eric | 2541.42 | 1778.994 | 762.426 |
| Rent – Lease of Real Estate: | 1000 | 700 | 300 |
| 943 Tax - | 1935.85 | 1355.095 | 580.755 |
| Real Estate Taxes - | 0.00 | 0 | 0 |
| Personal Expenses: | | | |
| Car payment | 1500* | * | |
| Cable/Internet | 297.23 | 297.23 | |
| Phone | 222.25 | 222.25 | |
| Health Insurance | 845.67 | 845.67 | |
| Life Insurance | 250 | 93.39 | |
| Personal Fuel | 400 | 400 | |
| Food | 700 | 700 | |
| House (BB&T) | | | |
| HELOC | | | |
| Personal Misc. | | | |
| | | | |
| SUBTOTAL | | 42864.637 | 18574.613 |
| | | | |
| U.S. Trustee Fees | | 0 | |
| Professional Fees | | 4000 | |
| M&T Bank | | 7500 | |
| | | | |
| TOTAL EXPENSES | | 54364.637 | 18574.613 |
| | | | |
| ACTUAL REVENUE | | 61,182.82 | $26,221.21 |

Notes:
*Car payment was made from Debtors' exempt social security
*471.90 of the 1500 was for reimbursement of a business expense

# ❊❊ Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US102  BR255

LARRY FREDERICK
1098 FREDERICK RD
MARTINSBURG PA   16662-8863

**Checking Account
Statement**

 of  2

Beginning November 27, 2019
through December 24, 2019

## Checking

**SUMMARY**

LARRY FREDERICK
SHARON FREDERICK
DIP CHAP 11 BANKRUPTCY CASE 18
One Deposit Checking

**Balance Calculation**

| | | |
|---|---:|---|
| Previous Balance | 9,914.30 | |
| Checks | 55,408.11 | − |
| Withdrawals & Debits | 13,052.37 | − |
| Deposits & Credits | 75,445.97 | + |
| Current Balance | 16,899.79 | = |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted
before the end of your statement period.
     You made at least 1 deposit.

Good news! The monthly maintenance fee was waived based on your account acivity.

Your next statement period will end on January 27, 2020.

Previous Balance

9,914.30

**TRANSACTION DETAILS**

**Checks** * There is a break in check sequence

| Check # | Amount | Date | | Check # | Amount | Date |
|---|---:|---|---|---|---:|---|
| 787 | 4,000.00 | 11/27 | | 831 | 1,310.22 | 12/03 |
| 792* | 58.67 | 12/04 | | 832 | 504.96 | 12/04 |
| 799* | 722.00 | 11/27 | | 833 | 487.50 | 12/16 |
| 801* | 538.90 | 12/02 | | 834 | 2,000.00 | 12/06 |
| 802 | 330.00 | 12/02 | | 836* | 440.77 | 12/11 |
| 803 | 206.44 | 12/02 | | 837 | 9.80 | 12/11 |
| 804 | 277.69 | 12/04 | | 839* | 201.18 | 12/23 |
| 805 | 330.00 | 12/02 | | 841* | 680.00 | 12/18 |
| 806 | 10.34 | 11/27 | | 843* | 250.00 | 12/17 |
| 807 | 42.55 | 11/29 | | 845* | 117.39 | 12/20 |
| 808 | 110.00 | 12/02 | | 847* | 540.00 | 12/20 |
| 810* | 8,507.38 | 12/03 | | 848 | 106.16 | 12/23 |
| 811 | 374.20 | 12/02 | | 849 | 2,140.16 | 12/24 |
| 812 | 586.75 | 12/03 | | 850 | 494.00 | 12/23 |
| 813 | 15.41 | 12/05 | | 852* | 39.69 | 12/23 |
| 814 | 1,484.60 | 12/02 | | 853 | 25.00 | 12/24 |
| 815 | 2,604.83 | 12/05 | | 854 | 39.77 | 12/23 |
| 816 | 1,055.00 | 12/02 | | 855 | 421.43 | 12/23 |
| 818* | 1,140.00 | 12/09 | | 856 | 545.75 | 12/24 |
| 819 | 394.16 | 12/12 | | 858* | 449.98 | 12/24 |
| 820 | 500.00 | 12/03 | | 859 | 24.92 | 12/24 |
| 821 | 560.00 | 12/03 | | 860 | 537.51 | 12/23 |
| 822 | 558.70 | 12/10 | | 861 | 1,270.71 | 12/19 |
| 823 | 4,300.00 | 12/03 | | 862 | 3,500.00 | 12/19 |
| 824 | 1,000.00 | 11/29 | | 863 | 308.95 | 12/23 |
| 825 | 1,000.00 | 12/02 | | 865* | 1,154.65 | 12/20 |
| 827* | 170.00 | 12/03 | | 866 | 1,361.64 | 12/23 |
| 828 | 1,270.71 | 12/02 | | 867 | 60.01 | 12/23 |
| 829 | 3,000.00 | 12/02 | | 868 | 50.00 | 12/23 |
| 830 | 1,159.21 | 12/03 | | 869 | 28.42 | 12/24 |

Member FDIC  Equal Housing Lender

 **Citizens Bank**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

*Checking continued from previous page*

**Checking Account
Statement**

 **2** OF **2**

Beginning November 27, 2019
through December 24, 2019

LARRY FREDERICK
SHARON FREDERICK
DIP CHAP 11 BANKRUPTCY CASE 18
**One Deposit Checking**

⊖                                    **Total Checks**
                                       55,408.11

**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 12/03 | 839.58 | Tractor Supply C Purchase  191129 |
|  |  | Check # 0000000809 Dunc PA |
| 12/04 | 2,408.58 | Penelec       Check Pymt 120319 |
|  |  | Check # 0000000817 |
| 12/09 | 83.69 | Dish Network    Dishckpymt 120719 |
|  |  | Check # 0000000835 |
| 12/19 | 7,500.00 | Outgoing Wire Transfer |
|  |  | (Mts No.191219004874) |
| 12/19 | 1,935.85 | IRS Usataxpymt 121919 220975354100910 |
| 12/19 | 30.00 | Service Charge |
|  |  | Wire Transfer Fees |
| 12/20 | 252.67 | Atlantic Broadba Cable Pay 122019 0580046527 Spa |
| 12/24 | 2.00 | Service Charge |
|  |  | Statement Delivery |

⊖                              **Total Withdrawals & Debits**
                                       13,052.37

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 11/29 | 36,830.62 | Md&va Milk Produ Advance 201911 P32679-1 |
| 12/18 | 38,615.35 | Md&va Milk Produ Final PR 201911 P32679-1 |

⊕                              **Total Deposits & Credits**
                                       75,445.97

⊜                                **Current Balance**
                                       16,899.79

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/27 | 5,181.96 | 12/06 | 5,466.90 | 12/17 | 2,102.28 |
| 11/29 | 40,970.03 | 12/09 | 4,243.21 | 12/18 | 40,037.63 |
| 12/02 | 31,204.95 | 12/10 | 3,684.51 | 12/19 | 25,801.07 |
| 12/03 | 13,271.81 | 12/11 | 3,233.94 | 12/20 | 23,736.36 |
| 12/04 | 10,021.91 | 12/12 | 2,839.78 | 12/23 | 20,116.02 |
| 12/05 | 7,466.90 | 12/16 | 2,352.28 | 12/24 | 16,899.79 |

**NEWS FROM CITIZENS**

--Saving can be easier than you think!  With small changes in your spending, your savings
can really add up!  Packing your lunch 3x per week vs. eating out (on average a $10 expense)
could add up to $1,560 in savings at the end of one year.  Make a goal to pack your lunch
a few times a week and set up an automatic transfer to your savings for the amount you
saved and watch your savings add up!  For more information visit a branch or call
888-821-3900. Member FDIC.
--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and
easily pay your bills and manage your accounts. Plus, view check images in Online Banking
as soon as they are paid to stay on top of your finances.

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance

(=) $ _____ Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the
number shown on the front of your statement or write to us at the following
address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a
change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be
transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
689155_CPOT210BY_Stmt_8.5x11  Rev. Dec 2018

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement
or write to us at the customer service address provided as soon as you can, if you
think your statement or receipt is wrong or if you need more information about an
electronic transfer on the statement or receipt. We must hear from you no later
than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly
  as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it
  appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can
  be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes,
we will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for
electronic transfers occurring during the first 30 days after the first deposit is made
to your account) to do this, we will credit your account for the amount you think
is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit
your account at the conclusion of our investigation.]

## OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service
address provided as soon as possible.

In your letter, give us the following information:

- Account Information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe
  what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do
we are not required to investigate any potential errors and you may have to pay the
amount in question. While we investigate whether or not there has been an error
the following are true:

- We cannot try to collect the amount in question or report you as delinquent on
  that amount.

- The charge in question may remain on your statement and we may continue
  to charge you interest on that amount. But, if we determine that we made a
  mistake, you will not have to pay the amount in question or any interest or
  other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for
  the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily
Periodic Rate to the Average Daily Balance. Then, we multiply that result by the
number of days in the billing cycle in which a balance is owed on your Overdraft
Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your
Overdraft Line each day (which does not include any unpaid interest charges or
fees), add any new loan advances as of the date of those advances and subtract
any payments or credits. This gives us the daily balance. Then, we add all the daily
balances for the billing cycle together and divide the total by the number of days in
the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each
joint account holder of your checking account. Late payments, missed payments,
or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

CLOSE  60 Images on 6 pages

Page:  [1] [2] [3] [4] [5] [...]   PRINT



Check 787 — LARRY FREDERICK / SHARON FREDERICK, 1098 FREDERICK RD., MARTINSBURG, PA 16662. Citizens Bank. Date Nov. 19 2019. Pay to the order of: Robert O Lampel. $4,000.00. Four thousand. Signed Sharon Frederick.

Check 869 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date 12-23-19. Pay to the order of: Bobcat of Martsburg. $28.42. Twenty eights. Signed Larry Frederick.

Check 806 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date 11-26-19. Pay to the order of: Bobcat of Martsburg. $10.74. Ten. Signed Larry Frederick.

Check 807 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date 11-27-19. Pay to the order of: Curry Fluid Power. $42.55. Forty two. Signed Larry Frederick.

Check 824 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date Nov. 29, 2019. Pay to the order of: Sharon Frederick. $1,000.00. One thousand. Signed Sharon Frederick.

Check 801 — LARRY FREDERICK / SHARON FREDERICK. 55013-2. Citizens Bank. Date 11-22-19. Pay to the order of: Fisher Thompson. $538.42. Five hundred thirty eight. Signed Larry Frederick.

Check 802 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date 11-25-19. Pay to the order of: Cove Stoke. $330.00. Three hundred thirty. Signed Larry Frederick.

Check 803 — LARRY FREDERICK / SHARON FREDERICK. 55013-2. Citizens Bank. Date 11-26-19. Pay to the order of: Fisher Thompson. $206.44. Two hundred six. Signed Larry Frederick.

Check 805 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date 11-24-19. Pay to the order of: Cove Stoke. $330.00. Three hundred thirty. Signed Larry Frederick.

Check 808 — LARRY FREDERICK / SHARON FREDERICK. Citizens Bank. Date Nov. 27, 2019. Pay to the order of: Felton Fire Services. $110.00. One hundred ten. Signed Sharon Frederick.

Check Images

Check 811 — LARRY FREDERICK / SHARON FREDERICK, 1098 Frederick Rd, Martinsburg, PA 16662 — Date Nov. 30, 2019 — Pay to the order of Ag Choice — $374.20 — Three hundred seventy four and 20/100 Dollars — Citizens Bank — Sharon Frederick

Check 815 — Date Nov. 30, 2019 — Pay to the order of Westfield Insurance — $2,604.83 — Two thousand six hundred four and 83/100 Dollars — Citizens Bank — Memo 5T0221269 — Sharon Frederick

Check 825 — Date Nov. 29, 2019 — Pay to the order of Eric Frederick — $1,000.00 — One thousand and 00/100 Dollars — Citizens Bank — Sharon Frederick

Check 828 — Date Dec. 2, 2019 — Pay to the order of Eric Frederick — $1,270.71 — One thousand seven hundred seventy and 71/100 Dollars — Citizens Bank — Sharon Frederick

Check 829 — Date Dec. 2, 2019 — Pay to the order of Eric Frederick — $3,000.00 — Three thousand and 00/100 Dollars — Citizens Bank — Sharon Frederick

Check 810 — Date Nov. 29, 2019 — Pay to the order of East Gate Feed — $8,507.38 — Eight thousand five hundred seven and 38/100 Dollars — Citizens Bank — Sharon Frederick

Check 812 — Date Nov. 30, 2019 — Pay to the order of BB+T — $586.75 — Five hundred eighty-six and 75/100 Dollars — Citizens Bank — Sharon Frederick

Check 820 — Date Nov. 30, 2019 — Pay to the order of Martin Brumbaugh — $500.00 — Five hundred and 00/100 Dollars — Citizens Bank — Memo 004919 — Sharon Frederick

Check 821 — Date Nov. 30, 2019 — Pay to the order of BB+T — $560.00 — Five hundred sixty and 00/100 Dollars — Citizens Bank — Memo 9282021711-5998 — Sharon Frederick

Check 823 — Date Nov. 30, 2019 — Pay to the order of Marcus Martin — $4,300.00 — Four thousand three hundred and 00/100 Dollars — Citizens Bank — Memo 0061 — Sharon Frederick

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

827

DATE Nov. 30, 2019

PAY TO THE ORDER OF Hoover Electric $ 170.00

One hundred seventy 00/100 DOLLARS

Citizens Bank

MEMO

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

830

DATE December 2, 2019

PAY TO THE ORDER OF Eleno V. Espinoza $ 1,159.21

One thousand one hundred fifty-nine and 21/100 DOLLARS

Citizens Bank

MEMO

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

831

DATE December 2, 2019

PAY TO THE ORDER OF Orlando Juarez Perez $ 1,310.00

One thousand three hundred ten and 00/100 DOLLARS

Citizens Bank

MEMO

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

792

DATE 11-19-19

PAY TO THE ORDER OF Milk barn $ 58.42

Fifty eight 42 DOLLARS

Citizens Bank

MEMO

Larry Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

804

DATE Nov. 26, 2019

PAY TO THE ORDER OF UPMC $ 277.69

Two hundred seventy-seven and 69/100 DOLLARS

Citizens Bank

MEMO 00154 33554

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

832

DATE Dec. 2, 2019

PAY TO THE ORDER OF Pleasant View Farms $ 504.96

Five hundred four and 96/100 DOLLARS

Citizens Bank

MEMO

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

813

DATE Nov. 30, 2019

PAY TO THE ORDER OF UPMC $ 15.41

Fifteen and 41/100 DOLLARS

Citizens Bank

MEMO 15608989

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

814

DATE Nov. 30, 2019

PAY TO THE ORDER OF Genworth Life $ 1,484.60

One thousand four hundred eighty-four and 60/100 DOLLARS

Citizens Bank

MEMO 00000 39764 00000 39765

Sharon Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

816

DATE 11-29-19

PAY TO THE ORDER OF BFB $ 1,055.00

One thousand fifty five 00 DOLLARS

Citizens Bank

MEMO

Larry Frederick

---

LARRY FREDERICK
SHARON FREDERICK
814-935-9881
1098 FREDERICK RD.
MARTINSBURG, PA 16662

834

DATE Dec. 3, 2019

PAY TO THE ORDER OF William Kirsh $ 2,000.00

Two thousand 00/100 DOLLARS

Citizens Bank

MEMO

Sharon Frederick

Check Images



Check #818 — LARRY FREDERICK / SHARON FREDERICK — Date Nov. 20, 2019 — Pay to the order of Logan Valley Oil — $1,140.00 — One thousand one hundred forty — Citizens Bank — Memo 93123 mt — Sharon Frederick

Check #822 — LARRY FREDERICK / SHARON FREDERICK — Date Nov. 20, 2019 — Pay to the order of Tyrone Forge Services LLC — $558.70 — Five hundred fifty-eight and 70/100 — Citizens Bank — Memo 2221 — Sharon Frederick

Check #836 — LARRY FREDERICK / SHARON FREDERICK — Date 12-5-19 — Pay to the order of Ester Thompson — $440.72 — Four hundred forty — Citizens Bank — Memo SE 057633 — Larry Frederick

Check #837 — LARRY FREDERICK / SHARON FREDERICK — Date Dec. 5, 2019 — Pay to the order of BCTCB — $9.80 — Nine and 80/100 — Citizens Bank — Memo 0002000268 — Sharon Frederick

Check #819 — LARRY FREDERICK / SHARON FREDERICK — Date Nov. 30, 2019 — Pay to the order of Suburban Propane — $394.16 — Three hundred ninety-four and 16/100 — Citizens Bank — Sharon Frederick

Check #833 — LARRY FREDERICK / SHARON FREDERICK — Date Dec. 3, 2019 — Pay to the order of Walter Decker — $487.50 — Four hundred eighty-seven and 50/100 — Citizens Bank — Sharon Frederick

Check #843 — LARRY FREDERICK / SHARON FREDERICK — Date Dec. 15, 2019 — Pay to the order of FnB — $250.00 — Two hundred fifty — Citizens Bank — Sharon Frederick

Check #841 — LARRY FREDERICK / SHARON FREDERICK — Date 12-11-19 — Pay to the order of Genex — $680.00 — Six hundred eighty — Citizens Bank — Memo 1131729 — Larry Frederick

Check #861 — LARRY FREDERICK / SHARON FREDERICK — Date Dec. 19, 2019 — Pay to the order of Chris Frederick — $1,270.71 — One thousand two hundred seventy and 71/100 — Citizens Bank — Sharon Frederick

Check #862 — LARRY FREDERICK / SHARON FREDERICK — Date Dec. 19, 2019 — Pay to the order of Chris Frederick — $3,500.00 — Three thousand five hundred — Citizens Bank — Sharon Frederick

Check 845 — LARRY FREDERICK / SHARON FREDERICK, 1098 Frederick Rd., Martinsburg, PA 16662. Date 12-18-19. Pay to the order of Robert of Martinsburg. $117.72. One hundred seventeen. Citizens Bank. Signed Larry Frederick.

Check 847 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 19, 2019. Pay to the order of PSBMSC. $540.00. Five hundred forty. Memo 0907/8192.35. Citizens Bank. Signed Sharon Frederick.

Check 865 — LARRY FREDERICK / SHARON FREDERICK. Date December 19, 2019. Pay to the order of Edelfo V Espinoza. $1,154.46. One thousand one hundred fifty-four and 46/100. Citizens Bank. Signed Sharon Frederick.

Check 839 — LARRY FREDERICK / SHARON FREDERICK. 55013-2. Date 12-10-19. Pay to the order of Fisher + Thompson. $201.45. Two hundred and one 45/100. Citizens Bank. Signed Larry Frederick.

Check 848 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 19, 2019. Pay to the order of Model Uniforms. $106.16. One hundred six and 16/100. Memo 16116. Citizens Bank. Signed Sharon Frederick.

Check 850 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 19, 2019. Pay to the order of Smithmyer Plumbing + Heating. $494.00. Four hundred ninety-four and 00/100. Memo 10427. Citizens Bank. Signed Sharon Frederick.

Check 852 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 18, 2019. Pay to the order of Burgmeier's Hauling Inc. $39.69. Thirty-nine and 69/100. Citizens Bank. Signed Sharon Frederick.

Check 854 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 18, 2019. Pay to the order of Motley's Auto Parts Inc. $39.77. Thirty-nine and 77/100. Citizens Bank. Signed Sharon Frederick.

Check 855 — LARRY FREDERICK / SHARON FREDERICK. 161. Date Dec. 19, 2019. Pay to the order of Long's Outpost Inc. $421.43. Four hundred twenty-one and 43/100. Citizens Bank. Signed Sharon Frederick.

Check 860 — LARRY FREDERICK / SHARON FREDERICK. Date Dec. 18, 2019. Pay to the order of Wells Fargo. $537.51. Five hundred thirty-seven and 51/100. Memo 3691103336. Citizens Bank. Signed Sharon Frederick.

**Check 863**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
55018-2
DATE 12-19-19
PAY TO THE ORDER OF Fisher Thompson    $ 308.15
One hundred and eight ——— DOLLARS
☒ Citizens Bank®
MEMO
Larry Frederick

**Check 866**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE December 19, 2019
PAY TO THE ORDER OF Orlando Juarez-Perez    $ 1,361.04
One thousand three hundred sixty-one and 04/100 DOLLARS
☒ Citizens Bank®
MEMO
Sharon Frederick

**Check 867**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE 12-20-19
PAY TO THE ORDER OF Bobcat of Martinsburg    $ 60.21
Sixty ——— DOLLARS
☒ Citizens Bank®
MEMO
Larry Frederick

**Check 868**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE 12-20-19
PAY TO THE ORDER OF Homer Electric    $ 50.45
Fifty ——— DOLLARS
☒ Citizens Bank®
MEMO
Larry Frederick

**Check 849**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE Dec 18, 2019
PAY TO THE ORDER OF Logan Valley Oil    $ 8,140.16
Two thousand one hundred forty and 16/100 DOLLARS
☒ Citizens Bank®
MEMO 94399-94451 VAR
Sharon Frederick

**Check 853**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE Dec. 19, 2019
PAY TO THE ORDER OF Garry's Tire Service, Inc.    $ 25.00
Twenty-five .00/100 DOLLARS
☒ Citizens Bank®
MEMO
Sharon Frederick

**Check 856**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE Dec. 18, 2019
PAY TO THE ORDER OF BB+T    $ 545.75
Five hundred forty-five and 75/100 DOLLARS
☒ Citizens Bank®
MEMO 96000 3504 9000B
Sharon Frederick

**Check 858**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE Dec. 18, 2019
PAY TO THE ORDER OF Cedar Crest Equipment LLC    $ 449.98
Four hundred forty-nine and 98/100 DOLLARS
☒ Citizens Bank®
MEMO 8257
Frederick

**Check 859**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE Dec. 19, 2019
PAY TO THE ORDER OF Roaring Spring Water    $ 24.92
Twenty-four and 92/100 DOLLARS
☒ Citizens Bank®
MEMO 276885-1627770
Sharon Frederick

**Check 799**
LARRY FREDERICK
SHARON FREDERICK
814-935-6661
1006 FREDERICK RD.
MARTINSBURG, PA 16662
DATE 11-21-19
PAY TO THE ORDER OF Genex    $ 722.14
Seven hundred twenty-two ——— DOLLARS
☒ Citizens Bank®
MEMO 1130729
Larry Frederick

# First National Bank

## Statement Ending 12/31/2019

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

RICH LOU FARMS
1098 FREDERICK RD
MARTINSBURG PA 16662-8863

RICH LOU FARMS                Page 1 of 6
Primary Account Number:

### Managing Your Accounts



| | | |
|---|---|---|
| Online | | www.fnb-online.com |
| By Phone | | 1 800-555-5455 |
| By Mail | | 4140 E. State Street Hermitage, PA 16148 |

---

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| LIFESTYLE 50 | | $16,568.10 |

---

## LIFESTYLE

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/30/2019 | Balance Last Statement | $17,415.22 |
| | 9 Credit(s) This Period | $3,530.93 |
| | 25 Debit(s) This Period | $4,378.05 |
| 12/31/2019 | Balance This Statement | $16,568.10 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 32 |
| Interest Earned | $0.14 |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $1.02 |
| Average Available Balance | $15,846.18 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/30/2019 | Balance Last Statement | | | $17,415.22 |
| 12/02/2019 | 34303 POS PUR 11/29 22:08 Express Scripts 877-5034073 MO 00000007 03430~5912 | $5.00 | | $17,410.22 |
| 12/03/2019 | 14155 POS PUR 12/02 21:39 LOWES #00907* 866-483-7521 NC 00000000 014155~5200 | $50.69 | | $17,359.53 |
| 12/03/2019 | CHECK # 148 | $255.18 | | $17,104.35 |
| 12/05/2019 | BB&T LOAN PHONEPYMNT 17215268 | $751.30 | | $16,353.05 |
| 12/05/2019 | CHECK # 151 | $283.00 | | $16,070.05 |
| 12/05/2019 | CIGNA 877-484-59 8774845967 2KCW1EX0HISPUWB | $76.00 | | $15,994.05 |
| 12/05/2019 | CHECK # 150 | $52.00 | | $15,942.05 |
| 12/10/2019 | 137272 POS PUR 12/10 17:46 Walmart.com Bentonville AR 02003144 121005137~5310 | $24.79 | | $15,917.26 |
| 12/10/2019 | 967191 POS PUR 12/10 16:40 Walmart.com Bentonville AR 02003144 121004967~5310 | $21.07 | | $15,896.19 |
| 12/11/2019 | 27332 POS PUR 12/09 01:32 NASCO FORT ATKI 920-5685511 WI 73183393 02733~5965 | $471.90 | | $15,424.29 |
| 12/13/2019 | KOHLS DEPT STORE 8005645740 152 | $80.07 | | $15,344.22 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

RICH LOU FARMS                                    Statement Ending 12/31/2019                    Page 2 of 6

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.          $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.          (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**8** SUBTRACT checks and withdrawals outstanding.          (-)  $ _____

Your checkbook should show this balance. ................................. $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 12/31/2019**

*RICH LOU FARMS*                    *Page 3 of 6*
*Primary Account Number:*

## LIFESTYLE                    ...ntinued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/16/2019 | 1010 POS PUR 12/13 02:54 BOSCOVS 1 ECOM 800-284-8155 PA 00018000 00101~5311 | $39.99 | | $15,304.23 |
| 12/16/2019 | VZ WIRELESS VE VZW WEBPAY 0921280 | $257.43 | | $15,046.80 |
| 12/17/2019 | 61105 POS PUR 12/16 12:19 CBANKS #100 800-8909601 MN 00000007 061105 ~5621 | $19.95 | | $15,026.85 |
| 12/19/2019 | 49360 POS PUR 12/18 16:57 PA DRIVER & VEHI 717-412-5300 PA 00000000 049~9399 | $38.00 | | $14,988.85 |
| 12/23/2019 | 24850 RETURN 12/22 03:19 TARGET 00 ALTOONA PA 00000000 024850 ~5310 | | $20.03 | $15,008.88 |
| 12/23/2019 | 33791 RETURN 12/20 23:29 BOSCOVS 79 ALTOONA PA 00792103 033791 ~5311 | | $39.99 | $15,048.87 |
| 12/23/2019 | 40119 POS PUR 12/20 03:28 UATTEND.COM 800-5188925 CA 71172187 040119 ~5734 | $20.00 | | $15,028.87 |
| 12/23/2019 | 81613 POS PUR 12/23 21:25 TARGET.COM * 800-591-3869 MN 00000000 081613 ~5310 | $42.20 | | $14,986.67 |
| 12/24/2019 | 31240 RETURN 12/24 06:58 UNDER ARMOUR DIR BALTIMORE MD 00000000 031240~5611 | | $23.80 | $15,010.47 |
| 12/24/2019 | 31025 RETURN 12/24 07:47 UNDER ARMOUR DIR BALTIMORE MD 00000000 031025~5611 | | $41.98 | $15,052.45 |
| 12/24/2019 | SSA TREAS 310 XXSOC SEC XXXXX0641B SSA | | $485.00 | $15,537.45 |
| 12/24/2019 | SSA TREAS 310 XXSOC SEC XXXXX0641A SSA | | $1,295.00 | $16,832.45 |
| 12/24/2019 | 50141 POS PUR 12/23 06:12 UPMC PHYSICIANS PITTSBURGH PA 00000000 050141~8011 | $50.00 | | $16,782.45 |
| 12/24/2019 | 59530 BILLPAY 12/24 09:28 EXPRSS SCRPTS CR 877-5034073 MO 00000007 8020~5912 | $19.71 | | $16,762.74 |
| 12/26/2019 | 8461 POS PUR 12/24 05:47 Dick'sSportingGo 877-8469997 PA 00000007 0084~5941 | $124.99 | | $16,637.75 |
| 12/27/2019 | CHECK # 155 | $38.02 | | $16,599.73 |
| 12/30/2019 | 74911 RETURN 12/29 16:04 DICK'S CLOTHING& ALTOONA PA 00970040 074911 ~5941 | | $124.99 | $16,724.72 |
| 12/30/2019 | 42718 POS PUR 12/26 02:02 HOMEDEPOT.COM 800-430-3376 GA 00000000 042718~5200 | $1,355.25 | | $15,369.47 |
| 12/30/2019 | 87462 POS PUR 12/27 15:19 ALTOONA OPHTHALM ALTOONA PA 22087462 087462 ~8011 | $69.00 | | $15,300.47 |
| 12/30/2019 | 15392 POS PUR 12/28 14:48 Etsy.com - Sydne 718-8557955 NY 00000000 0153~5699 | $24.97 | | $15,275.50 |
| 12/30/2019 | 62248 POS PUR 12/29 11:50 ASHLEY HOMESTORE ALTOONA PA 33241549 062248 ~5712 | $207.54 | | $15,067.96 |
| 12/31/2019 | DEPOSIT | | $1,500.00 | $16,567.96 |
| 12/31/2019 | INTEREST | | $0.14 | $16,568.10 |
| 12/31/2019 | **Balance This Statement** | | | $16,568.10 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 148 | 12/03/2019 | $255.18 | 151 | 12/05/2019 | $283.00 |
| 150* | 12/05/2019 | $52.00 | 155* | 12/27/2019 | $38.02 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02/2019 | $17,410.22 | 12/05/2019 | $15,942.05 | 12/11/2019 | $15,424.29 |
| 12/03/2019 | $17,104.35 | 12/10/2019 | $15,896.19 | 12/13/2019 | $15,344.22 |

RICH LOU FARMS                                      Statement Ending 12/31/2019                      Page 4 of 6

## LIFESTYLE                        tinued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/16/2019 | $15,046.80 | 12/23/2019 | $14,986.67 | 12/27/2019 | $16,599.73 |
| 12/17/2019 | $15,026.85 | 12/24/2019 | $16,782.74 | 12/30/2019 | $15,067.96 |
| 12/19/2019 | $14,988.85 | 12/26/2019 | $16,637.75 | 12/31/2019 | $16,568.10 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

## Statement Ending 12/31/2019

*RICH LOU FARMS*                      Page 5 of 6

*Primary Account Number:*



148   $255.18   12/3/2019



150   $52.00   12/5/2019



151   $283.00   12/5/2019

155   $38.02   12/27/2019

THIS PAGE LEFT INTENTIONALLY BLANK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**LARRY FREDERICK and**
**SHARON FREDERICK,**

      **Joint Debtors.**

**Bankruptcy No. 18-70870-JAD**

**Chapter 11**

**Document No.**

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 21st day of January, 2020, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: January 21, 2020

          */s/ Robert O Lampl*
          ROBERT O LAMPL
          PA I.D. #19809
          JOHN P. LACHER
          PA I.D. #62297
          DAVID L. FUCHS
          PA I.D. #205694
          RYAN J. COONEY
          PA I.D. #319213
          223 Fourth Avenue, 4th Floor
          Pittsburgh, PA  15222
          (412) 392-0330 (phone)
          (412) 392-0335 (facsimile)
          Email:  rlampl@lampllaw.com