IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LARRY FREDERICK and SHARON FREDERICK, | Bankruptcy No. 18-70870-JAD |
| Joint Debtors. | Chapter 11 |
| HOMETOWN BANK OF PENNSYLVANIA, | Document No. |
| | Related to Doc. No. 76  and 79 |
| Movant, | Hearing Date and Time: April 15, 2020 at 10:00 AM |
| vs. | |
| LARRY FREDERICK and SHARON FREDERICK, | |
| Respondents. | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the hearing on Hometown Bank of Pennsylvania's Motion for Relief from Automatic Stay [Doc. No. 76] is continued to _____June_____ __26__, 2020_____ at __11:00 AM in Courtroom B,__ Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.

Date: __April 8, 2020_____          _____
United States Bankruptcy Judge sjk
Jeffery A. Deller

FILED
4/8/20 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA