**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| LARRY FREDERICK and SHARON FREDERICK, | Bankruptcy No. 18-70870-JAD |
| | Chapter 11 |
| Joint Debtors, | |
| | Document No. |
| LARRY FREDERICK and SHARON FREDERICK, | Related to Doc. Nos. 21, 94 |
| Movants, | Hearing Date and Time: July 24, 2020 at 10:00 a.m. |
| vs. | |
| NO RESPONDENTS. | |

**NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE ON APPLICATION OF ROBERT O LAMPL LAW OFFICE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE JOINT DEBTORS FOR THE PERIOD OF
DECEMBER 16, 2018 THROUGH JUNE 16, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion no later than **July 6, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A **telephonic** hearing will be held on **July 24, 2020 at 10:00 a.m.** before Judge Jefferey A. Deller.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be

scheduled by the Court for a later date.  Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge *Deller's "Procedures Applicable to All Cases (E.)" Telephone Participation (Revised 10/26/2018)* at  http://www.pawb.uscourts.gov/procedures-0.   Parties wishing to appear telephonically through CourtCall (866) 582-6878 must advise the Court by telephone at least three (3) business day prior to the hearing in which the request to appear telephonically is being made.

Date of Service:  June 17, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com