**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70870-JAD |
| LARRY FREDERICK and SHARON FREDERICK | : | Chapter 11 |
| Debtors. | : | Related to Doc. #76 |
| HOMETOWN BANK OF PENNSYLVANIA | : | |
| Movant | : | Hearing Date: |
| | : | Hearing Time: |
| v. | : | |
| LARRY FREDERICK and SHARON FREDERICK | : | Chapter 11 |
| Respondents | : | |

**ORDER**

AND NOW, this __18th__ day of __June__, 2020, upon consideration of the Motion of Hometown Bank of Pennsylvania for Relief from Automatic Stay and Abandonment provisions of Section 362 and 554 of the United States Bankruptcy Code and after notice and hearing it is:

**ORDERED AND DECREED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable non-bankruptcy law; and it is further:

**ORDERED AND DECREED** that the Automatic Stay provisions of 11 U.S.C. 362 are hereby terminated as to Hometown Bank of Pennsylvania with respect to the following collateral of the Debtor known as 3871 Cove Mountain Road, Martinsburg, PA 16662 consisting of two tax parcels having map numbers 20-9-7-C and 20-9-28-5-C as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

**FURTHER ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
6/18/20 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA