Search Date: June 16, 2020



# SEARCH REPORT

## UCC Search Report

| | |
|---|---|
| **Type of Search** | UCCs and State Tax Liens |
| **Jurisdiction/Filing Office** | State of Pennsylvania, Secretary of State Uniform Commercial Code Division |
| **Indexed Through** | May. 14, 2020 |
| **Subject Search Name** | FREDERICK LARRY |
| **Search Key Entered** | FREDERICK, L |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of Pennsylvania, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein. Certification can only be obtained through the office of the Pennsylvania Secretary of State.

### 1. UCC

| | | |
|---|---|---|
| **Document No.** | 20030479147 | Lapses 5/14/2023 |
| **Filed** | 5/14/2003 | |
| **Debtor** | FREDERICK, LARRY R<br>R. R. #2, BOX 242<br>MARTINSBURG PA 16662 | |
| **Debtor** | FREDERICK, SHARON E<br>R. R. #2, BOX 242<br>MARTINSBURG PA 16662 | |
| **Debtor** | RICH-LOU FARMS<br>R. D. #2<br>MARTINSBURG PA 16662 | |
| **Secured Party** | UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE<br>10605 RAYSTOWN RD., STE B<br>HUNTINGDON PA 16652 | |
| **Secured Party** | USA ACTING THROUGH USDA, FARM SERVICE AGENCY<br>1407 BLAIR STREET<br>HOLLIDAYSBURG PA 16648 | |
| **Amendment Type** | Continuation | |
| **File No.** | 2007120500455 | |
| **Filed** | 12/4/2007 8:30:00 AM | |
| **Amendment Type** | Amendment Collateral | |
| **File No.** | 2009070908921 | |
| **Filed** | 7/9/2009 8:00:00 AM | |
| **Amendment Type** | Amendment Parties | |
| **File No.** | 2010121402948 | |

**Amendment Type** Continuation
**File No.** 2012111501267
**Filed** 11/15/2012 9:19:00 AM

**Amendment Type** Continuation
**File No.** 2017111500647
**Filed** 11/15/2017 11:49:00 AM

## 2. UCC

**Document No.** 2011042803932                    Lapses 4/28/2021
**Filed** 4/28/2011

**Debtor** FREDERICK, LARRY R.
1098 FREDERICK RD.
MARTINSBURG PA 16662

**Debtor** FREDERICK, SHARON E.
1098 FREDERICK RD.
MARTINSBURG PA 16662

**Secured Party**

**Secured Party** GROWMARK FS, LLC
308 NE FRONT STREET
MILFORD DE 19963

**Amendment Type** Continuation
**File No.** 2016031801432
**Filed** 3/18/2016 2:04:00 PM

## 3. UCC

**Document No.** 2014042405047                    Lapses 4/24/2024
**Filed** 4/24/2014

**Debtor** FREDERICK, LARRY R
1098 FREDERICK ROAD
MARTINSBURG PA 16662

**Debtor** FREDERICK, SHARON E
1098 FREDERICK ROAD
MARTINSBURG PA 16662

**Secured Party** SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 COUNTRY VIEW ROAD, SUITE 300
MALVERN PA 19355

**Amendment Type** Continuation
**File No.** 2019031401795
**Filed** 3/14/2019 4:16:00 PM

## 4. UCC

**Document No.** 2014110702139                    **Lapsed 11/7/2019**
**Filed** 11/7/2014

**Debtor** FREDERICK, LARRY R
1098 FREDERICK RD
MARTINSBURG PA 16662

**Debtor** FREDERICK, LARRY RICHARD
1098 FREDERICK RD
MARTINSBURG PA 16662

**Debtor** FREDERICK, SHARON E
1098 FREDERICK RD
MARTINSBURG PA 16662

**Secured Party** STEARNS BANK N.A.
500 13TH STREET
ALBANY MN 56307

## 5. UCC

**Document No.** 2014121904902                    **Lapsed 12/19/2019**
**Filed** 12/19/2014

|  | | |
|---|---|---|
| **Debtor** | FREDERICK, LARRY R | |
| | 1098 FREDERICK RD | |
| | MARTINSBURG PA 16662 | |
| **Secured Party** | GE CAPITAL COMMERCIAL INC. | |
| | PO BOX 35701 | |
| | BILLINGS MT 59107-5701 | |

## 6. UCC

| | | |
|---|---|---|
| **Document No.** | 2016011400382 | Lapses 1/8/2021 |
| **Filed** | 1/8/2016 | |
| **Debtor** | FREDERICK, LARRY R | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Debtor** | FREDERICK, SHARON E | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Secured Party** | M&T BANK | |
| | ONE M&T PLAZA | |
| | BUFFALO NY 14203 | |

## 7. NOAltType

| | | |
|---|---|---|
| **Document No.** | 2018022600889 | Lapses 2/26/2023 |
| **Filed** | 2/26/2018 | |
| **Debtor** | FREDERICK, LARRY RICHARD | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Debtor** | FREDERICK, SHARON E | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Secured Party** | M&T BANK | |
| | ONE M&T PLAZA | |
| | BUFFALO NY 14203 | |

## 8. UCC

| | | |
|---|---|---|
| **Document No.** | 2018122800209 | Lapses 12/28/2023 |
| **Filed** | 12/28/2018 | |
| **Debtor** | FREDERICK, LARRY R | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Debtor** | FREDERICK, LARRY RICHARD | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Debtor** | FREDERICK, SHARON E | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Debtor** | RICH-LOU FARMS | |
| | 1098 FREDERICK ROAD | |
| | MARTINSBURG PA 16662 | |
| **Secured Party** | | |
| **Secured Party** | CARGILL, INCORPORATED | |
| | P.O. BOX 6034 | |
| | FARGO ND 58108 | |

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

**---------- END OF REPORT ----------**

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

**· UCC008269 ·**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front, back) CAREFULLY

PA UCC - UCC008269

A. NAME & PHONE OF CONTACT AT FILER [optional]
Rick Steis (814) 695-1881

B. SEND ACKNOWLEDGMENT TO  (Name and Address)

USDA, Farm Service Agency
1407 Blair Street
Hollidaysburg, PA 16648

Filing Number:846478
Statement Number:20030479147
Filing Date :5/14/03 21:28
Microfilm Number :   37370165

846478

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| Frederick | Larry | | R | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| R. R. #2, Box 242 | Martinsburg | PA | 16662 | US |
| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| Frederick | Sharon | | E | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| R. R. #2, Box 242 | Martinsburg | PA | 16662 | US |
| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| USA acting through USDA, Farm Service Agency | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1407 Blair Street | Hollidaysburg | PA | 16648 | US |

4. This FINANCING STATEMENT covers the following collateral

All livestock and proceeds and products thereof now owned or hereafter acquired.

DISPOSITION OF SUCH IS NOT HEREBY AUTHORIZED.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ A G LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

PA UCC - UCC008270

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jack R. Keith (814) 672-5396

**B SEND ACKNOWLEDGEMENT TO: (Name and Address)**

CSB Bank
PO Box 354
1475 Main Street
Coalport, PA 16627

Filing Number: 846534
Statement Number: 20030479157
Filing Date: 5/14/03 21:28
Microfilm Number: 37370167

846534 ✓

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1 DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Randy J. Slovikosky d/b/a Slovikosky Landscaping | | | | |
| **1b** INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 1c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 355 Spinley Road | Gallitzin | PA | 16641 | USA |

| 1d TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e TYPE OF ORGANIZATION | 1f JURISDICTION OF ORGANIZATION | 1g ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Individual | | ☒ NONE |

**2 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **2b** INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 2c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e TYPE OF ORGANIZATION | 2f JURISDICTION OF ORGANIZATION | 2g ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3 SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CSB BANK | | | | |
| **3b** INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 3c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 434 State Street, P.O. Box 29 | Curwensville | PA | 16833 | |

**4 This FINANCING STATEMENT covers the following collateral:**
1996 Caterpillar 953 B Track Loader Serial #5MK02761; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds) Cash proceeds, namely checks and/or deposit accounts, or anything else received from the sale, exchange, or other disposition of the collateral.

| 5 ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6 ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |
| 8 OPTIONAL FILER REFERENCE DATA | | | | | | |

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Christine Farabaugh 814 627-1624

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

USDA, Farm Service Agency
10605 Raystown RD., STE B
Huntingdon, PA 16652

Acct # 300112

File Number: 2007120500455
Date Filed: 12/04/2007 08:30 AM
Pedro A. Cortés
Secretary of the Commonwealth

Commonwealth of Pennsylvania
UCC3 Amendment 2 Page(s)

T0733865252

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # 20030479147

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

6. CURRENT RECORD INFORMATION:

6b. INDIVIDUAL'S LAST NAME: Frederick | FIRST NAME: Larry | MIDDLE NAME: R | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME: USDA, Farm Service Agency

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 20030479147 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| USDA, Farm Service Agency | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

13. Use this space for additional information

Additional Debtor on original:

Frederick, Sharon E
RR 2 Box 242
Martinsburg, PA 16662

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

**File Number: 2009070908921**
**Date Filed: 07/09/2009 08:00 AM**
**Pedro A. Cortés**
**Secretary of the Commonwealth**

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Christine Farabaugh 814 627-1624

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

USDA, Farm Service Agency
10605 Raystown RD., STE B
Huntingdon, PA 16652

Commonwealth of Pennsylvania
UCC3 Amendment 1 Page(s)

T0919060047

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #<br>20030479147 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Frederick | Larry | R | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted  or ☐ added,  or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

Including proceeds and products thereof: All accounts, general intangibles, crops, livestock, supplies, other farm products, and farm and other equipment now owned or hereafter acquired.

Disposition of such collateral is not hereby authorized

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| OR | 9a. ORGANIZATION'S NAME<br>USDA, Farm Service Agency | | | |
|---|---|---|---|---|
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**10.** OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

**File Number: 2010121402948**
**Date Filed: 12/13/2010 08:00 AM**

**Basil L Merenda**
**Secretary of the Commonwealth**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Christine Farabaugh 814 627-1624

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

USDA, Farm Service Agency
10605 Raystown RD., STE B
Huntingdon, PA 16652

Commonwealth of Pennsylvania
UCC3 Amendment 1 Page(s)

T1034847018

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 20030479147 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Frederick | Larry | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR United States of America, acting through the Farm Service Agency, United States Department of Agriculture | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10605 Raystown RD., STE B | Huntingdon | PA | 16652 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted  or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR United States of America, acting through the Farm Service Agency, United States Department of Agriculture | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

████████████
████████████
████████████

**File Number: 2012111501267**
**Date Filed: 11/15/2012 09:19 AM**
**Carol Aichele**
**Secretary of the Commonwealth**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**Corporation Service Company          (425) 609-1700**

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> *Corporation Service Company*
> *801 Adlai Stevenson Dr*
> *Springfield IL 62703*
> *EMail: filingdept@cscinfo.com*

Barcode too big to fit in this area

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| **20030479147** | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial)

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or  ☐ Secured Party of record

   ☐ CHANGE name and/or address         ☐ DELETE name         ☐ ADD name

6. CURRENT RECORD INFORMATION:

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | **Frederick** | **Larry** | | |

8. AMENDMENT (COLLATERAL CHANGE)

**Describe collateral**   ☐ deleted  or  ☐ added,  or give entire ☐ restated collateral description, or  describe collateral   ☐ assigned

9. NAME of SECURED PARTY of RECORD AUHTORIZING THIS AMENDMENT     ☐ DEBTOR authorizing this amendment

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **United States of America, acting through Farm Service Agency, United States Department of Agriculture** | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

10. OPTIONAL FILER REFERENCE DATA
**71293709A1949 Debtor:Larry Frederick    [71293709]**



Filling# : 2017111500647
Date Filed: 11/15/2017
Robert Torres
Acting Secretary of the Commonwealth

# UCC FINANCING STATEMENT **AMENDMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

Corporation Service Company-(800) 858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

filingdept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 20030479147 | |

2. ☐ **TERMINATION**: Effectiveness of the financing Statement identified above is terminated with respect to the security interst(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT**:(Full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☒ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE**

Check one of these two boxes:          **AND** Check one of these three boxes to:

This Change affects ☐ Debtor **or** ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; **and** item 7a or 7b **and** item 7c     ☐ ADD name: Complete item 7a or 7b, **and** item 7c     ☐ DELETE name: give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a ORGANIZATION'S NAME |
|---|
| |

OR

| 6b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Frederick | Larry | | |

7. CHANGED OR ADDED INFORMATION: Completed for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's Name)

| 7a ORGANIZATION'S NAME |
|---|
| |

OR

| 7b INDIVIDUAL'S SURNAME |
|---|
| |

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

| 7c | MAILING ADDRESS | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|
| | | | | | |

8. ☐ COLLATERAL CHANGE: **Also** check **one** of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate Collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a ORGANIZATION'S NAME |
|---|
| United States of America, acting through Farm Service Agency, United States Department of Agricultur |

OR

| 9b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
Debtor:Larry Frederick   [138854106]

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**File Number: 2011042803932**
**Date Filed: 04/28/2011 02:01 PM**
**Carol Aichele**
**Secretary of the Commonwealth**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
**NCS UCC Services Group**

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

**NCS UCC Services Group**
**PO Box 24101**
**Cleveland OH 44124**
**EMail: ucc@ncscredit.com**

Barcode too big to fit in this area

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S EXACT FULL LEGAL NAME

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | **Frederick** | **Larry** | **R.** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1098 Frederick Rd.** | **Martinsburg** | **PA** | **16662** | **USA** |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID # | |
|---|---|---|---|---|
| | **SoleProprietorship** | **PA** | **None** | ☐ None |

2. DEBTOR'S EXACT FULL LEGAL NAME

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | **Frederick** | **Sharon** | **E.** | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1098 Frederick Rd.** | **Martinsburg** | **PA** | **16662** | **USA** |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID # | |
|---|---|---|---|---|
| | **SoleProprietorship** | **PA** | **None** | ☐ None |

1. SECURED PARTY'S NAME

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **Growmark FS, LLC** | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **308 NE Front Street** | **Milford** | **DE** | **19963** | **USA** |

This FINANCING STATEMENT covers the following collateral:

To secure the performance of all agreements contained herein and the payment of any and all of Debtor's indebtedness to Company, of every kind and character, direct or indirect, absolute or contingent, whether as maker, endorser, guarantor or surety, whether now existing or hereafter incurred, and whether such indebtedness is from time to time reduced and thereafter increased or entirely extinguished and thereafter reincurred, including but not limited to, indebtedness evidenced by promissory notes or other instruments executed by Debtor to the order of the Company, credit extended by the Company on open account to Debtor, future advances and any sums advanced by the Company in the performance of Debtor's obligations hereunder, any licenses, fees, insurance and repairs with respect to Collateral, and any attorney fees and other charges and expenses incurred in the collection of the obligations secured hereby ("the Indebtedness"), Debtor hereby grants Company a security interest in and to all personal property of the Debtor, including without limitation, the following described property, whether now owned or hereafter acquired by Debtor, including all additions, replacements, accessories, accessions, increases, substitutions and parts thereto and thereof, and all proceeds, accounts and general intangibles, contract rights, government payments,

| 5. ALTERNATE NAME DESIGNATION | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC |
|---|---|---|---|---|---|---|

| 6. | ☐ This FINANCING STATEMENT is to be filed[for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

8. OPTIONAL FILER REFERENCE DATA
**10000002011042814 0137 UCC# U094803**

subsidies, entitlements and allotments related thereto or arising therefrom and all products thereof, ("the Collateral");  ACCOUNTS AND DOCUMENTS OF TITLE: Including, but not limited to, all accounts receivable, notes, drafts, acceptances, milk contract rights, and all other forms of obligations or receivables ("ACCOUNTS") and all bills of lading, dock warrants and receipts, warehouse receipts, and any other document which evidences that the person in possession of it is entitled to receive, hold, and dispose of the document and the goods it covers ("DOCUMENTS").  LIVESTOCK:  All livestock, poultry, and fish, including, but not limited to other animals produced, used or held fo commercial or farming purposes, and unborn young ("LIVESTOCK").  CROPS:  All growing and harvested crops, annual and perennial crop and other plant products, now growing or hereafter to be planted or harvested ("CROPS").  FARM PRODUCTS:  All farm products, including but not limited to, all seed, fertilizer, feed, medicines, harvested and stored grain, milk and other supplies or products used or produced in m farming operations ("FARM PRODUCTS").  EQUIPMENT:  All farm and business equipment including but limited to, all machinery, vehicles and tools ("EQUIPMENT").  Any equipment described in a list or schedule I give you will be included as Collateral, but such a list is not necessary for a valid secured interest in such equipment.


Date Filed : 03/18/2016
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT **AMENDMENT**

**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>NCS UCC Services Group- | |
| **B. E-MAIL CONTACT AT FILER (optional)**<br>ucc@ncscredit.com | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)** | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| **1a. INITIAL FINANCING STATEMENT FILE NUMBER**<br>2011042803932 | **1b.** [X] This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

**2.** [ ] **TERMINATION**: Effectiveness of the financing Statement identified above is terminated with respect to the security interst(s) of the Secured Party authorizing this Termination Statement

**3.** [ ] **ASSIGNMENT**:(Full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [X] **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** [ ] **PARTY INFORMATION CHANGE**

Check one of these two boxes:   AND Check one of these three boxes to:

This Change affects [ ] Debtor or [ ] Secured Party of record    [ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    [ ] ADD name: Complete item 7a or 7b, and item 7c    [ ] DELETE name: give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Completed for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's Name)

| | 7a ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c | MAILING ADDRESS | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|

**8.** [ ] **COLLATERAL CHANGE:** Also check one of these four boxes: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [ ] ASSIGN collateral
Indicate Collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a **DEBTOR**, check here [ ] and provide name of authorizing Debtor

| | 9a ORGANIZATION'S NAME<br>Growmark FS, LLC | | | |
|---|---|---|---|---|
| OR | 9b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
UCC# U094803

**International Association of Commercial Administrators (IACA)**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**File Number: 2014042405047**
**Date Filed: 04/24/2014 02:50 PM**
**Carol Aichele**
**Secretary of the Commonwealth**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CT Lien Solutions

**B. E-MAIL CONTACT AT FILER (optional)**
qiang.xu@wkglobal.com

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

CT Lien Solutions
PO Box 3248
Houston TX 77253

Barcode too big to fit in this area

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME:   Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| FREDERICK | LARRY | R | | |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 FREDERICK ROAD | MARTINSBURG | PA | 16662 | USA |

2. DEBTOR'S NAME:   Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| FREDERICK | SHARON | E | | |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 FREDERICK ROAD | MARTINSBURG | PA | 16662 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | | |
| SUSQUEHANNA COMMERCIAL FINANCE, INC. | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 2 COUNTRY VIEW ROAD, SUITE 300 | MALVERN | PA | 19355 | USA |

4. COLLATERAL : This financing statement covers the following collateral:

GOODS, SOFTWARE AND EQUIPMENT FINANCED BY SECURED PARTY THROUGH "PURCHASE MONEY" OR LEASE TRANSACTIONS  (COLLECTIVELY, "SCF FINANCED GOODS") WHETHER NOW EXISTING OR HEREAFTER IN EXISTENCE, BEING EITHER:
A.    GOODS WHICH ARE THE  SUBJECT OF EXISTING AND FUTURE LEASING AGREEMENTS BETWEEN  DEBTOR AS LESSEE AND SECURED PARTY AS LESSOR, OR
B.    GOODS  ACQUIRED BY DEBTOR THROUGH CASH ADVANCES OR CREDIT PROVIDED BY SECURED PARTY.
SCF FINANCED GOODS SHALL INCLUDE, WITHOUT LIMITATION:
(I)    VEHICLES,  TOOLS, AND APPLIANCES;
(II)   THE FOLLOWING TYPES OF EQUIPMENT AND MACHINERY:  COMPUTER, CONSTRUCTION, INDUSTRIAL, MANUFACTURING, SEWING AND EMBROIDERY, MEDICAL, VETERINARY, DENTAL, PRINTING, TELEPHONE, GRAPHIC EQUIPMENT, WOODWORKING, FURNITURE, LANDSCAPING, STENOGRAPH/TRANSCRIPTION, HVAC, VIDEO/SECURITY/AUDIO, FIBER OPTICS, PROPANE TANKS, ENERGY MANAGEMENT, SOLAR ENERGY EQUIPMENT, MARKETING/SIGNAGE, SEGWAYS,

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

| | | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATE DESIGNATION (if applicable) :   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
48484235 PA-0-43007047-48484235

**FILING OFFICE COPY -- UCC FINANCING STATEMENT (FORM UCC1) (REV 04/20/11)**

MATERIAL HANDLING/LIFTS, RESTAURANT, GAMING EQUIPMENT, PARTY AND OFFICE EQUIPMENT AND MACHINERY;
(III)  ALL SUBSTITUTIONS AND REPLACEMENTS FOR THE FOREGOING ITEMS, AND ACCESSIONS THERETO,
ATTACHMENTS, AND OTHER ADDITIONS TO SUCH  SCF FINANCED GOODS,  ALL PRODUCTS AND ALL PROCEEDS THEREOF
(INCLUDING INSURANCE PROCEEDS);
(IV) ALL SOFTWARE RELATED TO THE SCF FINANCED GOODS.


Filling# : 2019031401795
Date Filed : 03/14/2019
Pennsylvania Department of State

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

Lien Solutions-800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Lien Solutions P.O. Box 29071
Glendale
CA 91209-9071
United States

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 2014042405047 | |

2. ☐ **TERMINATION:** Effectiveness of the financing Statement identified above is terminated with respect to the security interst(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** (Full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE**

Check one of these two boxes:                    AND Check one of these three boxes to:

☐ This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Completed for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's Name)

| 7a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c MAILING ADDRESS | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate Collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SUSQUEHANNA COMMERCIAL FINANCE, INC. | | | |
| 9b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

PA-0-68944310-56716335

**International Association of Commercial Administrators (IACA)**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Filing #: 2016011400382
Date Filed : 01/08/2016
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Christopher T. Michelone, Esq.
McQuaide Blasko, Inc.
601 Hawthorne Drive
Hollidaysburg, PA 16648

TML160114UZ0400

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only *one* Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Larry | R | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA | 16662 | USA |

2. **DEBTOR'S NAME:** Provide only *one* Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Sharon | E | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA | 16662 | USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only *one* Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| M&T Bank | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One M&T Plaza | Buffalo | NY | 14203 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

All assets of the Debtor, including, without limitation, all of the Debtor's Equipment (including, but not limited to, machinery, vehicles and furniture), Fixtures, Inventory, Accounts, Investment Property, chattel Paper, Instruments, Documents and General Intangibles, wherever located, whether now owned or hereafter acquired or arising.

5. Check *only* if applicable and check *only* one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check *only* if applicable and check *only* one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check *only* if applicable and check *only* one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:


Filling# : 2018022600889
Date Filed: 02/26/2018
Robert Torres
Acting Secretary of the Commonwealth

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER(Optional)

B. E-MAIL CONTACT AT FILER(optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Christopher T Michelone
601 Hawthorne Drive, Suite 2A
Hollidaysburg PA 16648

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide the exact ,full Debtor name.Do not omit,modify or abbreviate any part of Debtor's name.

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Larry | Richard | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1098 Frederick Road | Martinsburg | PA | 16662 | United States |

2. DEBTOR'S NAME: Provide the exact , full Debtor name. Do not omit , modify, or abbreviate any part of the Debtor's name.

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Sharon | E | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1098 Frederick Road | Martinsburg | PA | 16662 | United States |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| M&T Bank | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One M&T Plaza | Buffalo | NY | 14203 | United States |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor, including, without limitation, all of the Debtor's Equipment (including, but not limited to, machinery, vehicles and furniture), Fixtures, Inventory, Accounts, Investment Property, chattel Paper, Instruments, Documents and General Intangibles, wherever located, whether now owned or hereafter acquired or arising.

5. Check only if applicable and check only one box:Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

1101-467

International Association of Commercial Administrators(IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)

Filling# : 2018122800209
Date Filed : 12/28/2018
Pennsylvania Department of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER(Optional)

NCS UCC Services Group-

B. E-MAIL CONTACT AT FILER(optional)

ucc@ncscredit.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

NCS UCC Services Group
PO Box 24101
Cleveland
OH 44124
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide the exact ,full  Debtor name.Do not omit,modify or abbreviate any part of Debtor's  name.

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Larry | R | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA | 16662 | USA |

2. DEBTOR'S NAME: Provide the exact , full  Debtor name. Do not omit , modify , or abbreviate any part of the Debtor's name.

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Sharon | E | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA | 16662 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cargill, Incorporated | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 6034 | Fargo | ND | 58108 | USA |

4. COLLATERAL:  This financing statement covers the following collateral:

Customer hereby grants Secured Party a purchase money security interest in inventory, products, accounts receivables, or other items and all agricultural products or services received or obtained through this extension of credit.

5. Check only if applicable and check only one box:Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

UCC# U241566Ref# 924122

International Association of Commercial Administrators(IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (a or b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Frederick | Larry | Richard | |
| c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA   16662 | USA |

**ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (a or b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rich-Lou Farms | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1098 Frederick Road | Martinsburg | PA   16662 | USA |

**ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: Provide only one name (a or b)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

---

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS: