## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**LARRY FREDERICK and**
**SHARON FREDERICK,**

       **Joint Debtors,**

**LARRY FREDERICK and**
**SHARON FREDERICK,**

       **Movants,**
   **vs.**

**NO RESPONDENTS.**

**Bankruptcy No. 18-70870-JAD**

**Chapter 11**

**Document No.**

**Related to Doc. No. 94**

<span style="color:red">**DEFAULT O/E JAD**</span>

### ORDER OF COURT

it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Application of Robert O Lampl for Interim Compensation and Reimbursement of Expenses as Counsel to the Joint Debtors for the Period of December 16, 2018 through June 16, 2020 be, and hereby is, **APPROVED** in the total amount of $60,756.25, which represents $58,721.17 in fees and $2,035.08 in expenses.  A retainer/cost payment of $27,500.00 was received from non-Estate funds and monthly payments totaling $50,000.00 are being held in escrow pending approval of this Honorable Court.

Date:_____July 17, 2020_____

_____ sjk
Jeffery A. Deller
United States Bankruptcy Court Judge

FILED
7/17/20 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA