## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| LARRY FREDERICK and SHARON FREDERICK, | ) |
| | ) CASE NO. 18-70870-JAD |
| | ) |
| Debtors. | ) Doc. No. __136__ |
| | ) |
| | ) Related to Doc. Nos. 76, 88, 102, 106, 108, |
| | ) 114, 116, 123, 126 & 127 |

## STIPULATION AND CONSENT ORDER CONTINUING HEARINGS SET FOR AUGUST 18, 2020 AND RELATED DEADLINES

Upon the agreement and stipulation of M&T Bank ("M&T"), Hometown Bank of Pennsylvania ("Hometown") and the above-captioned Debtors, by and through their undersigned counsel, to the terms set forth in this Stipulation and Consent Order (this "Stipulation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finding that due notice and such opportunity for a hearing as is appropriate under the circumstances has occurred and that no further notice to any party in interest is required; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS hereby STIPULATED, AGREED, and ORDERED as follows:

1. On March 19, 2020, Hometown filed a Motion for Relief from Automatic Stay (the "Hometown Motion"). (ECF No. 76)

2. On June 11, 2020, M&T filed a Motion for Relief from the Automatic Stay (the "M&T Motion"). (ECF No. 88).

3. On June 30, 2020, the Debtors filed their Disclosure Statement to Accompany Plan Dated June 30, 2020 (the "Disclosure Statement"). (ECF No. 106).

4. On July 1, 2020, the Court entered an order scheduling a hearing on approval of the Disclosure Statement for August 5, 2020, and setting the deadline to object to the Disclosure Statement as July 29, 2020. (ECF No. 108).

5. On July 8, 2020, the Debtors filed the Motion for Sale of Property Free and Clear of All Liens, Claims and Encumbrances (the "Sale Motion"). (ECF No. 114).

6. Pursuant to the notice filed on July 9, 2020, the deadline to object to the Sale Motion is July 27, 2020. (ECF No. 116).

7. On July 15, 2020, the Court entered an order (the "Scheduling Order") scheduling hearings on the Hometown Motion, the M&T Motion, the Disclosure Statement, and the Sale Motion for August 18, 2020. (ECF No. 127).

8. The Scheduling Order also set various deadlines, among other things, related to the filing of a statement of uncontested and disputed facts, pre-hearing briefs, hearing exhibits, and witness lists, as well as for participants to register to attend the hearings via Zoom.

9. The Debtor and M&T are currently engaged in discussions, via their respective counsel, to settle disputes related to, *inter alia*, the M&T Motion, Disclosure Statement and Sale

Motion, and desire to extend the applicable objection deadlines to facilitate continued settlement discussions.

10. The Debtors and M&T have agreed, subject to approval of the Court, that the hearings on the M&T Motion, Disclosure Statement, and the Sale Motion should be continued for approximately thirty (30) days, to September 15, 2020, or such date thereafter that is convenient and preferable to the Court.

11. Hometown Bank and the Debtors have agreed, subject to approval of the Court, that the hearing on Hometown Bank's motion for relief from stay should also be continued to the same new hearing date.

12. All deadlines related to the Disclosure Statement, the Sale Motion, the M&T Motion and the Hometown Motion set forth in the Scheduling Order or other Orders should also be extended by at least thirty (30) days, to such dates as the Court determines are appropriate in light of the new hearing date.

13. Except as expressly provided in this Stipulation and Consent Order, nothing herein waives, prejudices, or otherwise affects the rights and remedies of the parties, whether under the Bankruptcy Code or applicable non-bankruptcy law, at law or in equity, or otherwise, including, without limitation, the right to request further extensions of these and any other deadlines. All such rights and remedies are hereby reserved.

[Signatures on following page]

CONSENTED AND AGREED TO:                    CONSENTED AND AGREED TO:

/s/ Robert O Lampl_____          /s/ William E. Kelleher, Jr._____
Robert O Lampl                               William E. Kelleher, Jr.
(PA ID No. 19809)                            (PA ID No. 30747)
Ryan J. Cooney                               Daniel P. Branagan
(PA ID No. 319213)                           (PA ID No. 324607)
223 Fourth Avenue, 4th Fl.                   DENTONS COHEN & GRIGSBY P.C.
Pittsburgh, PA 15222                         625 Liberty Avenue
Phone: (412) 392-0330                        Pittsburgh, PA 15222-3152
Fax: (412) 392-0335                          Phone: (412) 297-4900
rcooney@lampllaw.com                         Fax: (412) 209-0672
                                             bill.kelleher@dentons.com
Dated: July ___, 2020                        daniel.branagan@dentons.com

*Counsel for the Debtors*                    Dated: July ___, 2020

                                             *Counsel for M&T Bank*

                                             CONSENTED AND AGREED TO:


                                             /s/ Leonard P. Vigna_____
                                             Leonard P. Vigna
                                             (PA ID No. 202318)
                                             360 Stonycreek Street
                                             Johnstown, PA 15901
                                             Phone: (814)535-6756
                                             Lpvktwllaw.com

                                             *Counsel to Hometown Bank of Pennsylvania*


SO ORDERED, with a new Scheduling Order to be separately entered by the Court:

Dated: __July 28_____ ____, 2020       [signature] jlh   _____
                                             Jeffery A. Deller
    FILED                                    United States Bankruptcy Judge
    7/28/20 12:05 pm
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA