# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LARRY FREDERICK and SHARON FREDERICK, | Bankruptcy No. 18-70870-JAD |
| Joint Debtors. | Chapter 11 |
| | Document No. 148 |
| LARRY FREDERICK and SHARON FREDERICK, M&T BANK, and HOMETOWN BANK OF PENNSYLVANIA, | Related to Doc. Nos. 76, 88, 102, 106, 108, 114, 116, 123, 126, 127, 136, 137, 143, 144 & 45 |
| Movants, | Hearing Date and Time: December 3, 2020 at 10:00 a.m. |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

It is hereby ORDERED, ADJUDGED and DECREED that the second paragraph of this Court's September 21, 2020 Order (ECF #145) is replaced with the following:

"The parties are directed to meet and confer with each other on or before November 2, 2020, and shall file a stipulation of uncontested facts and also identify facts which are in dispute."

DATE: 10/20/2020

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
10/20/20 7:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA