**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **LARRY FREDERICK and SHARON FREDERICK,** | Bankruptcy No. 18-70870-JAD |
| Joint Debtors. | Chapter 11 |
| **HOMETOWN BANK OF PENNSYLVANIA,** | Document No. |
| | Related to Doc. Nos. 76, 137, 145 & 153 |
| Movant, | |
| vs. | Hearing Date and Time: December 3, 2020 at 10:00 am |
| **LARRY FREDERICK and SHARON FREDERICK,** | |
| Respondents. | |

## CERTIFICATION OF COUNSEL FOR ORDER GRANTING HOMETOWN BANK OF PENNSYLVANIA RELIEF FROM THE AUTOMATIC STAY EFFECTIVE FEBRUARY 15, 2021

The undersigned counsel hereby certifies that an Order Granting Hometown Bank of Pennsylvania Relief from the Automatic Stay Effective February 21, 2021, was agreed to by the Debtor and Hometown Bank of Pennsylvania.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties.

[X] No other Order has been filed pertaining to the subject matter of this agreement.

                                            Respectfully Submitted,

Date:  <u>November 16, 2020</u>      */s/ Robert O Lampl*
                                                ROBERT O LAMPL
                                                PA I.D. #19809
                                                JOHN P. LACHER
                                                PA I.D. #62297
                                                RYAN J. COONEY
                                                PA I.D. #319213
                                                SY O. LAMPL
                                                PA I.D. #324741
                                                Counsel for the Debtor
                                                223 Fourth Avenue, 4th Fl.
                                                Pittsburgh, PA  15222
                                                (412) 392-0330 (phone)
                                                (412) 392-0335 (facsimile)
                                                Email:  rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **LARRY FREDERICK and SHARON FREDERICK,** | Bankruptcy No. 18-70870-JAD |
| Joint Debtors. | Chapter 11 |
| **HOMETOWN BANK OF PENNSYLVANIA,** | Document No. |
| | Related to Doc. Nos. 76, 137, 145 & 153 |
| Movant, | Hearing Date and Time: |
| vs. | December 3, 2020 at 10:00 am |
| **LARRY FREDERICK and SHARON FREDERICK,** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 16th day of November, 2020, a true and correct copy of the foregoing **Order Granting Hometown Bank of Pennsylvania Relief from the Automatic Stay Effective February 21, 2021,** was served upon the following *(via electronic service):*

Leonard P. Vigna
360 Stonycreek Street
Johnstown, PA 15901
lpv@ktwllaw.com

Date:  <u>November 16, 2020</u>        */s/ Robert O Lampl*
                                                  ROBERT O LAMPL
                                                  PA I.D. #19809
                                                  JOHN P. LACHER
                                                  PA I.D. #62297
                                                  RYAN J. COONEY
                                                  PA I.D. #319213
                                                  SY O. LAMPL
                                                  PA I.D. #324741
                                                  Counsel for the Debtor
                                                  223 Fourth Avenue, 4th Fl.
                                                  Pittsburgh, PA  15222
                                                  (412) 392-0330 (phone)
                                                  (412) 392-0335 (facsimile)
                                                  Email:  rlampl@lampllaw.com