# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**LARRY FREDERICK and SHARON FREDERICK,**

    **Joint Debtors,**

**M&T BANK,**

    **Movant,**

    vs.

**LARRY FREDERICK and SHARON FREDERICK,**

    **Respondents.**

Bankruptcy No. 18-70870-JAD

Chapter 11

Document No.

Related to Doc. Nos. 88 & 145

Hearing Date and Time:
December 3, 2020 at 10:00 am

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and **DECREED** that M&T Bank's Motion for Relief from the Automatic Stay (ECF #88) is continued generally.

The December 3, 2020 hearing and all other filing or other requirements set forth in the Court's September 21, 2020 Order (ECF #145) regarding M&T's Motion for Relief From the Automatic Stay are cancelled and vacated, subject to the Debtors' and M&T Bank's right to jointly submit a settlement stipulation and either party's right to request a new hearing and pretrial order.

DATE:_____           _____
                                                       United States Bankruptcy Judge