**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **LARRY FREDERICK and SHARON FREDERICK,** | Bankruptcy No. 18-70870-JAD |
| **Joint Debtors,** | Chapter 11 |
| **LARRY FREDERICK and SHARON FREDERICK** | Document No. |
| | Related to Doc. Nos. 88 and 163 |
| **Movants,** | |
| vs. | |
| **M&T BANK AND THE UNITED STATES OF AMERICA FARM SERVICE AGENCY.** | |
| **Respondents.** | |

## ORDER OF COURT

Upon due consideration of the Motion to Approve Stipulation and Consent Order Settling Contested Matters Between the Debtors and M&T Bank and Establishing Asset Sale Process (the "Motion"), and after such notice as the Court deemed due, adequate and appropriate under the circumstances, and the Court further finding good and sufficient cause therefor and that it is fair and in the best interest of the Debtors, the bankruptcy estate and the parties in interest, and any and all objections to the Motion being resolved or herby overruled, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Motion is granted and that the Stipulation and Consent Order attached as **Exhibit A** to the Motion is approved and adopted as an order of this Court, and the Debtors are authorized to enter into and to carry out the transactions contemplated by the Stipulation

-2-

and Consent Order. For the avoidance of doubt, the Court will also "so order" the Stipulation and Consent Order.

Date:_____

_____
Jeffery A. Deller
United States Bankruptcy Judge