DocuSign Envelope ID: 521415FA-96E4-4F6F-856F-84F95C6902AD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LARRY FREDERICK and,
SHARON FREDERICK,

    Joint Debtors.

LARRY FREDERICK and,
SHARON FREDERICK,

    Movants,
vs.

NO RESPONDENT.

Bankruptcy No. 18-70870-JAD

Chapter 11

Document No.

Related to Doc. No.

## VERIFICATION STATEMENT PURSUANT TO BANKRUPTCY RULE 2014

I, _____ Mearkle, Kimberly A. _____, of Juniata Realty, hereby declare that I have read the aforesaid averments set forth in the attached Expedited Application for Approval of Real Estate Broker and that said averments are true and correct to the best of my knowledge, information and belief.

Furthermore, to the best of my knowledge, information and belief, neither Juniata Realty nor the professionals at Juniata Realty who will be performing the services consistent with the Listing Contract, have any connection with the Debtors, the creditors of the Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee. This Verification is made under penalty of perjury.

Date: 1/12/2021                                         _____ KGm _____