**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **LARRY FREDERICK and,** | **Bankruptcy No. 18-70870-JAD** |
| **SHARON FREDERICK,** | |
| | **Chapter 11** |
| **Joint Debtors.** | |
| | **Document No.** |
| **LARRY FREDERICK and,** | |
| **SHARON FREDERICK,** | **Related to Doc. No.** |
| | |
| **Movants,** | **Hearing:** |
| vs. | |
| **NO RESPONDENT.** | |

**NOTICE AND ORDER SETTING ZOOM HEARING ON AN EXPEDITED BASIS**

   *AND NOW*, this _____ day of _____, 20___, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Application For Approval of Real Estate Broker* ("Motion") has been filed in the above-referenced case by **Robert O Lampl**, Counsel for **Larry and Sharon Frederick**.

   A Zoom Video Conference Hearing will be held on _____, 20_____, at _____.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

   *On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

   *Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a

committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall immediately file a certificate of service indicating such service.

_____
United States Bankruptcy Judge