**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **LARRY FREDERICK and, SHARON FREDERICK,** | **Bankruptcy No. 18-70870-JAD** |
| Joint Debtors. | **Chapter 11** |
| | **Document No.** |
| **LARRY FREDERICK and, SHARON FREDERICK,** | **Related to Doc. No.** |
| Movants, vs. | |

**NO RESPONDENT.**

### ORDER APPROVING RETENTION OF REAL ESTATE BROKER

**AND NOW**, this _____ day of _____, 2021, upon consideration of the **EXPEDITED APPLICATION FOR APPROVAL OF REAL ESTATE BROKER (the "Application")**, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Juniata Realty, 13921 Lincoln Hwy, Everett, PA 15537, is hereby appointed as **Real Estate Broker** for the Debtors in this bankruptcy proceeding pursuant to the terms of the Listing Contract attached as *Exhibit A* to the Application, for the purpose of acting as the Debtor's Agent in connection with the sale of the following pieces of real property and related personal property:

   A. An approximately 161-acre parcel located at, and commonly known as, 1098 Frederick Road, Martinsburg, Pennsylvania 16662 ("1098 Frederick Road");

      B.      An approximately 66-acre parcel located at, and commonly known as, 1219 Frederick Road, Martinsburg, Pennsylvania 16662 ("1219 Frederick Road") (collectively with 1098 Frederick Road, the "Frederick Road Properties"); and

      C.      An approximately 59.94-acre parcel identified as Blair County Tax Parcel No. 20.000-12-001.00, located at Frederick Road in Martinsburg, Pennsylvania 16662, which is referred to as Cove Lane ("Cove Lane").

A commission in the amount of 6% of the sale price, or $3,000, whichever is greater, is tentatively approved subject to final court order:

    3.    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount of the subject property, and the extent and nature of awards in similar cases.

    4.    Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount.  Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

      5.    **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

_____
**JEFFERY A. DELLER**
United States Bankruptcy Court Judge

c:    Trustee
      Debtor
      Counsel
      Juniata Realty
      Office of the U.S. Trustee