### Frederick Equipment List

| Name | Model. | Serial Number |
|---|---|---|
| Chisel Plow | Krause 20 ft | |
| Corn Planter | JD1770NT 12 row | AO1770W725261 |
| Cultipacker | Brillion 25 ft | |
| Disc | Krause 24 ft | |
| Dump Truck | 1993 Ford LTL 9000 | 1FDZA90X4PVA25384 |
| Dump Truck | 1987 International | 514HCAJ0391 |
| Dump Truck | 1995 Volvo | 4V2JCBMD15R833788 |
| Forage | International 600 Blower | |
| Forage Harvester | JD7300 | ZO7300X507659 |
| Forage Table | Balzer | 3460G |
| Front End Loader | JD 544K | 1DW544KZLCE650174 |
| Grain Auger | Westfield 10-51 | 157747 |
| Grain Drill | JD1560 15 ft | 1560X690695 |
| Grass Head | JD | CC630AX053855 |
| Hay Merger | Victor | 625772-200159 |
| Hay Rake | Kuhn SR 600 | AO052 |
| Hay Tedder | JD | EOO754A63218 |
| Haybine | JDR450 | 1EOR450XPDD391061 |
| Large Square Baler | Kuhn 890LSB | VGNB000032 |
| Liquid Manure Tanker | Houle 6300 Gallon | 1801-065804-486D5250 |
| Livestock Trailer | EBY 20 ft | |
| Manure Lagoon Pump | Houle 42 ft | |
| Manure Spreader | Kuhn 1150 Box | |
| Plow-Chisel | JD 14 ft | |
| Silage Blade | Leon 12 ft | |
| Skid Loader 1 | Bobcat 570 | |
| Skid Loader 2 | Bobcat 175 | |
| TMR Mixer | Kuhn 3160 | |
| Toolcat | Bobcat 5600 | |
| Tractor 1 | JD4630 | 4630T021362R |
| Tractor 2 | JD8400 | RW8400PO10225 |
| Tractor 3 | JD7710 | ROT7710023188 |
| Tractor 4 | JD4960 | RW4960POO6613 |
| Tractor 5 | JD4020 Power Shift | SNT213P133216R |
| Tractor 6 | JD4020 Synchro Range | |
| | | |

# EXHIBIT A