| LIVESTOCK AS OF JANUARY 26, 2021 ||
|---|---|
| Milking Cows | 201 |
| Bred Heifers | 18 |
| Open Heifers | 23 |
| Baby Calves | 20 |
| Weened Calves | 13 |
| **TOTAL** | **275** |

# EXHIBIT B