**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LARRY FREDERICK and
SHARON FREDERICK,

        Joint Debtors,

LARRY FREDERICK and
SHARON FREDERICK,

        Movants,

    vs.

M&T BANK, THE UNITED STATES OF AMERICA FARM SERVICE AGENCY, CARGILL, INC., SUSQUEHANNA COMMERCIAL FINANCE, INC., GROWMARK FS, LLC, FS FINANCIAL SERVICES, LLC, WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, BLAIR COUNTY TAX CLAIM BUREAU, PENNSYLVANIA DEPARTMENT OF REVENUE, AND THE INTERNAL REVENUE SERVICE,

        Respondents.

Bankruptcy No. 18-70870-JAD

Chapter 11

Document No. 187

Related to Doc. No.

Hearing Date and Time:

**NOTICE AND ORDER SETTING ZOOM HEARING ON AN EXPEDITED BASIS**

        *AND NOW*, this  27th  day of  January , 20 21 , NOTICE IS HEREBY GIVEN THAT a *Request for an Expedited Hearing on Motion to Approve Bid Procedures and Expense Reimbursement* ("Motion") has been filed in the above-referenced case by **Robert O Lampl**, Counsel for **Larry and Sharon Frederick**.

        A Zoom Video Conference Hearing will be held on  February 5 , 20 21 , at 11:000 a .m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at

http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

*On or before* 2/4/2021 at 4 PM, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

/s/ jsf
United States Bankruptcy Judge
Jeffery A. Deller

*
All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

FILED
1/27/21 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA