# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-70870-JAD |
| LARRY FREDERICK and SHARON FREDERICK, | Chapter 11 |
| Joint Debtors. | Related to Doc. No. 184, 205 |
| LARRY FREDERICK and SHARON FREDERICK, | |
| Movants, | |
| v. | Hearing Date: March 16, 2021 at 10:00 am |
| | Response Deadline: February 16, 2021 |
| M&T BANK, THE UNITED STATES OF AMERICA FARM SERVICE AGENCY, CARGILL, INC., SUSQUEHANNA COMMERCIAL FINANCE, INC., GROWMARK FS, LLC, FS FINANCIAL SERVICES, LLC, WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, BLAIR COUNTY TAX CLAIM BUREAU, PENNSYLVANIA DEPARTMENT OF REVENUE, AND THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AND CONSENT ORDER RESOLVING LIMITED OBJECTION TO JOINT DEBTORS' MOTION FOR SALE OF REAL PROPERTY AND PERSONAL PROPERTY FREE AND <u>CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES</u>

The undersigned hereby certifies that agreement has been reached with the Joint Debtors, M&T Bank, and the United States Department of Agriculture, Farm Servicing Agency regarding the *Limited Objection to Joint Debtors' Motion for Sale of Real Property and Personal Property Free and Clear of All Liens, Claims and Encumbrances* filed by GROWMARK FS, LLC and FS Financial Services, LLC.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

> An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

   X     No other order has been filed pertaining to the subject matter of this agreement.

The attached document does not require a proposed order.

Dated: March 16, 2021                              TUCKER ARENSBERG, P.C.

*/s/ Ryan James*
Ryan James
Pa. I.D. No. 82799
rjames@tuckerlaw.com
Michael A. Shiner
Pa. I.D. No. 78088
mshiner@tuckerlaw.com
Maribeth Thomas
Pa. I.D. No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212

*Counsel to GROWMARK FS, LLC and FS Financial Services, LLC*