**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| LARRY FREDERICK and SHARON FREDERICK, | Bankruptcy No. 18-70870-JAD |
| Joint Debtors, | Chapter 11 |
| LARRY FREDERICK and SHARON FREDERICK, | Document No. |
| | Related to Doc. Nos. 184 and 227 |
| Movants, | |
| vs. | |
| M&T BANK, THE UNITED STATES OF AMERICA FARM SERVICE AGENCY, CARGILL, INC., SUSQUEHANNA COMMERCIAL FINANCE, INC., GROWMARK FS, LLC, FS FINANCIAL SERVICES, LLC, WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, BLAIR COUNTY TAX CLAIM BUREAU, PENNSYLVANIA DEPARTMENT OF REVENUE, AND THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

**ORDER CONFIRMING SALE OF PROPERTY
FREE AND DIVESTED OF LIENS**

This 18th Day of March, 2021, on consideration of the Debtors, Larry Frederick and Sharon Frederick's Motion for Sale of Real Property and Personal Property Free and Clear of all Liens, Claims and Encumbrances (ECF #184) and after a Zoom Hearing on March 16, 2021 regarding said Motion, the Court Finds:

(1) That Mark and Megan Frederick have submitted the highest and best bid in the amount of $900,000 for the property referred to as "Cove Lane" which is an approximately 59.94 acre parcel identified as Blair County Tax Parcel No. 20.000-12-001.00.

(2) That service of the Notice of Hearing and Order setting hearing on said motion for Sale of Real Property and Personal Property Free and Clear of all Liens, Claims and Encumbrances of the above named Respondents, was effected on the following secured creditors whom may have liens on assets of the Debtors as recited in said Motion for sale, although there is no livestock, equipment or other personal property in this sale, viz:

| DATE OF SERVICE | NAME OF LIENOR AND SECURITY |
|---|---|
| January 27, 2021 | M&T BANK (Mortgage on Real Property, Security interest in equipment and livestock per UCC.); |
| January 27, 2021 | THE UNITED STATES OF AMERICA FARM SERVICE AGENCY (Security interest in equipment and livestock per UCC.); |
| January 27, 2021 | CARGILL, INC. (Potential security interest in equipment.); |
| January 27, 2021 | SUSQUEHANNA COMMERCIAL FINANCE, INC. (Potential security interest in equipment.); |
| January 27, 2021 | GROWMARK FS, LLC (Potential security interest in equipment.); |
| January 27, 2021 | FS FINANCIAL SERVICES, LLC (Potential security interest in equipment.); |
| January 27, 2021 | WELLS FARGO VENDOR FINANCIAL |

|  |  |
|---|---|
|  | SERVICES, LLC (Potential security interest in equipment.); |
| January 27, 2021 | BLAIR COUNTY TAX CLAIM BUREAU (Potential tax claim.); |
| January 27, 2021 | PENNSYLVANIA DEPARTMENT OF REVENUE (Potential tax claim.); |
| January 27, 2021 | INTERNAL REVENUE SERVICE (Potential tax claim.) |

(3)  That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movants as shown by the Certificate of Service duly filed and that the named parties were duly served with the Motion.

(4)  That said sale hearing was duly advertised on the Court's website pursuant to W.PA.LBR 6004-(c) on February 18, 2021, in the Blair County Legal Bulletin on February 25, 2021, in the Morrisons Cove Herald on February 25, 2021 and March 4, 2021, in the Lancaster Farming Newspaper on February 27, 2021 and March 6, 2021, and in the Altoona Mirror on February 22, 2021 as shown by the Proof of Publications duly filed.

(5)  That the price of $900,000 is a full and fair price for the property in question.

(6)  That the purchaser is acting in good faith with respect to the within sale in accordance with **In re**: *Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143 (3d Cir. 1986).*

**IT IS ORDERED, ADJUDGED AND DECREED** that the private sale by (Warranty) deed of the real property described in the Motion as a 59.94 Acre Parcel

off of Kensinger Road; Map Number 20.00-12.-001.00-000, which is referred to as "Cove Lane") (full legal description attached to the Purchase and Sale Agreement between the Debtors and Mark and Megan Frederick, which Purchase and Sale Agreement is attached to the Sale Motion as Exhibit D) is hereby confirmed to Mark and Megan Frederick free and divested of the liens herein described; and, that Larry and Sharon Frederick (Movants), shall make, execute and deliver to the purchasers above named the necessary deed and/or other documents required to transfer the title to the property purchased upon compliance with the terms of sale.

**IT IS FURTHER ORDERED** that the liens, claims and interests of all Respondents, including, but not limited to M&T Bank; The United States of America Farm Service Agency; Cargill, Inc.; Susquehanna Commercial Finance, Inc.; Growmark FS, LLC; FS Financial Services, LLC; Wells Fargo Vendor Financial Services, LLC; Blair County Tax Claim Bureau; The Pennsylvania Department of Revenue, and The Internal Revenue Service, be, and they hereby are, divested from the property being sold, and if and to the extent they may be determined to be valid liens against the sold property, transferred to the proceeds of sale in accordance with their priority, and that the within decreed sale shall be free, clear and clear and divested of said liens, claims and interests;

**FURTHER ORDERED** that after due notice to the claimants, lien creditors, and interest holders, and no objection on their parts having been made or, if made, resolved/overruled, the incidental and related costs of sale, shall be paid in advance of any distribution to said lien creditors.

4

**FURTHER ORDERED** that applicable real estate taxes and ordinary closing costs and municipal lien claims, shall immediately be paid at closing. Failure of the closing agent to timely make disbursement required by this Order will subject the closing agent to monetary sanctions after notice and hearing.

**FURTHER ORDERED** that in accordance with the Stipulation and Consent Order Settling Contested Matters Between the Debtors and M&T Bank and Establishing Asset Sale Process (ECF #212), M&T Bank shall immediately be paid at closing the remaining proceeds of sale up to the full amount of its allowed secured claims on the assets being sold.

**FURTHER ORDERED** that the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the purchaser, and the attorney for the purchaser, if any, and file a certificate of service.

**FURTHER ORDERED** that closing shall occur within thirty (30) days of this Order and the Movant shall file a Report of Sale within seven (7) days following closing.

**FURTHER ORDERED** that this Sale Order survives any dismissal or conversion of the within case.

Date: 3/19/2021

_____ sjk
**JEFFERY A. DELLER**
United States Bankruptcy Court Judge

FILED
3/19/21 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA